UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00 - 6242** CR-FERGUSON

18 U.S.C. §922(a)(6)
18 U.S.C. §924(a)(2)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
DAVID DEBERNARDIS,          )
                            )
          Defendant.        )
_____ )



FILED by ___ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 12, 1999, in Broward County, in the Southern District of Florida, the defendant,

### DAVID DEBERNARDIS,

in connection with the attempted acquisition of a firearm, that is a SAIGA 762X 39 millimeter rifle, from Downtown Pawn, a licensed firearms dealer, Federal Firearms License number 159011022E48262, did knowingly and willfully make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that the defendant stated in Bureau of Alcohol, Tobacco and Firearms Form 4473 that he had not been convicted in any court of a crime for which the judge could have imprisoned him for more than one year, when, in truth and in fact, and as the defendant then and there well knew, he had

previously been convicted of a crime for which the judge could have and did imprison him for more than one year, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

                A TRUE BILL

                *Leonard Roth*
                FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

- 2 -

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____2000R02211_____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| <u>DAVIS DEBERNARDIS</u> | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)     Yes ____    No ____
Number of New Defendants     _____
Total number of counts     _____

___ Miami   ___ Key West
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _No_____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   |   |             |      |          |     |
   |---|-------------|------|----------|-----|
   | I   | 0 to 5 days   | _X_ | Petty    |     |
   | II  | 6 to 10 days  | ___ | Minor    |     |
   | III | 11 to 20 days | ___ | Misdem.  |     |
   | IV  | 21 to 60 days | ___ | Felony   | _X_ |
   | V   | 61 days and over | ___ |       |     |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                        REV 6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __DAVID DEBERNARDIS_____     Case No.: _____

=================================     ==========================================

Count #l: False statement by convicted felon on federal firearm form - 18 USC 922(a)(6), 924(a)(2)

Max. Penalty: 10 years' imprisonment; $250,000.00 fine
=========================================================================
Count #

Max. Penalty:
=========================================================================
Count #

Max. Penalty:
=========================================================================
Count #:

Max. Penalty:
=========================================================================
Count #:

Max. Penalty:
=========================================================================

=========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.