# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DAVID DEBERNARDIS

**WARRANT FOR ARREST**

FILED by _____ D/SA

AUG 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.

CASE NUMBER: **00-6242**

**CR-FERGUSON**

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ DAVID DEBERNARDIS
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense), in connection with the acquisition of a firearm from a federally licensed firearm dealer, knowingly and willfully making a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code;

in violation of Title __18__ United States Code, Section(s) 922(a)(6) and 924(a)(2)

CLARENCE MADDOX
Name of Issuing Officer

*[signature] Henry Butler*
Signature of Issuing Officer

Bail fixed at $250,000 Corporate Surety

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 24, 2000, Fort Lauderdale, Florida
Date and Location

by *[signature] Lurana S. Snow*
United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |