Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NUMBER: CR 00-6242 CR FERGUSON

Plaintiff )

)

-vs- ) REPORT COMMENCING CRIMINAL

) ACTION

DAVID DEBERNARDIS ) # 66330-004

Defendant

*********************************************************

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH

U.S. DISTRICT COURT   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

COURT ABOVE.

*********************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 9/15/00   1:00   a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 18 USC 922(a)(6) Falsification of federal firearms form

(4) UNITED STATES CITIZEN: (x) YES   ( ) NO   ( ) UNKNOWN

(5) DATE OF BIRTH: 2-15-51

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[x] INDICTMENT   [ ] COMPLAINT   CASE # 00 6242 CR Ferguson
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT