# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   501540

UNITED STATES OF AMERICA

V.

DAVID DEBERNARDIS

**WARRANT FOR ARREST**

CASE NUMBER: **6242**

**CR - FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAVID DEBERNARDIS _____ MAGISTRATE JUDGE SNOW
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense), in connection with the acquisition of a firearm from a federally licensed firearm dealer, knowingly and willfully making a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale of the firearm under the provisions of Chapter 44, Title 18, United States Code;

in violation of Title __18__ United States Code, Section(s) 922(a)(6) and 924(a)(2)

CLARENCE MADDOX
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 24, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at __25C, EEE Corporate Surety__ by _Lurana S. Snow_

United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/24/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST | | |
| 9/15/00 | | Mike Gloetzner, ASDUSM |

5