UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6242-CR- FERGUSON

UNITED STATES OF AMERICA,

v.

DAVID DEBERNARDIS

**Stipulated**
**ORDER DENYING GOVERNMENT'S**
**REQUEST FOR PRETRIAL DETENTION &**
**SETTING A BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond) upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

___ The government's motion is **denied**.
___ The defendant's motion is **granted**; bond is set at:
✓ Personal Surety, unsecured, in the amount of $ 50,000

___ Personal Surety in the amount of $_____
    with 10% posted with Clerk of Court.
___ Personal Surety in the amount of $_____
    secured by the following collateral: _____

___ Full Cash in the amount of $_____
✓ Corporate Surety in the amount of $ 10,000 Col
___ Full Cash or Corporate Surety in the amount of
    $_____ In
addition to the standard conditions of bond, the following special conditions are hereby imposed:
___ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
___ REPORT TO PRETRIAL SERVICES AS FOLLOWS:    WEEKLY IN PERSON;    WEEKLY BY PHONE.
___ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-    PHYSICIAN-PRESCRIBED
SUBSTANCES PROHIBITED BY LAW.
___ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
___ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
___ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.    ___ REFRAIN FROM
POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS    WEAPON.

___ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND:_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____
**DONE AND ORDERED** at Miami, Florida this 20    day of SEPTEMBER, 2000.

TAPE NO.    00H- 39-2024

Richard Hong, AUSA
C:AUSA, DEFENSE, CY.R.D
Pretrial Svcs, Marshal

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE

FILED by SDC
MAG. SEC
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI