DEFT: David Debernardis (B)    CASE NO: 00-6242-CR-Ferguson

AUSA: Robin Rosenbaum /Bardfield/    ATTNY: FPD: Darry Wilcox   present

AGENT:    VIOL:

PROCEEDING: Arraignment    BOND REC:

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

SFP 2

Reading of indictment waived
...
Standing Discovery Order issued

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 10-13-00 | 11:00am | Snow |

DATE: 9-28-00    TIME: 11:00am    TAPE # 00- 014   PG # 3

2440 - 2483

10