<mark>SEP 2 8 2000</mark>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6242-CR-Ferguson

UNITED STATES OF AMERICA

vs

David Debernardis

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  9-28-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: on bond

Telephone:

DEFENSE COUNSEL: Name: FPD: Darryl Wilcox

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __28__ day of __September__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _[signature]_
Deputy Clerk

Tape No. _C0-074_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services