HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __DAVID DEBERNARDIS_____ CASE NO: __00-6242-CR-FERGUSON__
AUSA __ROBIN ROSENBAUM__ (pres) ATTY __DARYL WILCOX__ / Farnsworth
Disc out —
Motions due  10/20 or SPO date          (@ 2593)

DEFT __LEONARDO SERRANO_____ CASE NO: __00-6238-CR-FERGUSON__
AUSA __ROBERT NICHOLSON__ pres ATTY __FPD__ / Farnsworth for Day
Disc going out today · 2 days to try   (@ 2660)
11-1 motions due.

DEFT __KELSA VIALVA_____ CASE NO: __00-6175-CR-ZLOCH(s)__
AUSA __BERTHA MITRANI__ /Rosenbaum ATTY __ALVIN ENTIN, ESQ.__ Delaferra
Disc not out — due on Monday           (@ 2368)
11-1 motion due

DEFT_____CASE NO:_____
AUSA_____ATTY_____


DEFT_____CASE NO:_____
AUSA_____ATTY_____


DEFT_____CASE NO:_____
AUSA_____ATTY_____

DATE __10/13/00_____ TIME __11:00_____

15
2