UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6242-CR-FERGUSON

UNITED STATES OF AMERICA,          :

        Plaintiff,          :

v.                                 :

DAVID DEBERNARDIS,                 :

        Defendant.          :
_____

> FILED by _____ D.C.
>
> OCT 1 8 2000
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on October 13, 2000. At that conference, the parties informed the Court as follows:

    1.  Discovery has been provided.

    2.  Counsel for the defendant shall have until October 20, 2000, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this _____ day of October, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Daryl Wilcox (FTL)