UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6242-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
)
v. )
)
DAVID DEBERNARDIS, )
)
Defendant )
_____)

### NOTICE OF UNAVAILABILITY

Please take notice that ATF Special Agent Steve Meyer, the agent assigned to this case, has requested annual leave for November 24, 2000. Additionally, undersigned counsel for the United States has purchased non-refundable tickets for a prepaid vacation from November 18 through November 25, 2000. For these reasons, the United States respectfully requests that no proceedings be set from November 18 through November 25, 2000, in this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: Robin S. Rosenbaum
Robin S. Rosenbaum
Assistant United States Attorney
Florida Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by inter-office mail, October 23, 2000, to Daryl Wilcox, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida  33301.

Robin S. Rosenbaum
Assistant United States Attorney