UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                  CASE NO. 00-6242-CR-FERGUSON

**DAVID DEBERNARDIS,**

   Defendant.

### ORDER

**GOOD CAUSE** appearing, it is hereby **ORDERED** that the above-numbered cause be and the same is hereby transferred to The Hon. Jose A. Gonzalez, Jr. for trial.

Parties should take notice that trial is set for Monday, November 27 at 9:30 a.m. at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Parties should come ready to proceed for trial.

**DATED** in chambers at Fort Lauderdale, Florida, this 7TH day of November, 2000.

                                    WILKIE D. FERGUSON, JR.
                                    UNITED STATES DISTRICT JUDGE

cc: Hon. Jose A. Gonzalez, Jr.
Daryl Wilcox, AFPD
Robin S. Rosenbaum, AUSA
U.S. Probation Office

