UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6264-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID DEBERNARDIS,

Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, DAVID DEBERNARDIS, through undersigned counsel respectfully moves to continue the trial of this matter for a period of at least thirty (30) days, from the currently scheduled trial date of November 27, 2000, and in support thereof, the defendant states:

1. Mr. Debernardis is charged by indictment with one count of making a false statement to a licensed firearm dealer, in violation of 18 U.S.C. § 922(a)(6).

2. The trial of this case is scheduled for Monday, November 27, 2000 with a status conference scheduled for Friday, November 17, 2000.

3. The undersigned has filed a motion to determine Mr. Debernardis' mental competency to stand trial.

4. The undersigned sincerely believes that Mr. Debernardis should undergo a psychiatric or psychological evaluation prior to entering a plea of guilty or proceeding to trial.

5. The undersigned has spoken to Assistant Untied States Attorney Robin



Rosenbaum and she has no objection to the relief sought by this motion.

WHEREFORE, the defendant, David Debernardis, respectfully requests that the trial in this cause be continued for a period of at least thirty (30) days or in the alternative continued until the Court has had the opportunity to determine whether Mr. Debernardis' is mentally competent to stand trial.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was mailed and faxed this 16th day of November, 2000 to Robin Rosenbaum, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33394.

_____
Daryl E. Wilcox