UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6264-CR-FERGUSON

6242

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID DEBERNARDIS,

Defendant.
_____/



## UNOPPOSED MOTION TO DETERMINE DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL

The Defendant, DAVID DEBERNARDIS, through undersigned counsel respectfully moves for a hearing to determine whether he is mentally competent to stand trial, pursuant to 18 U.S.C. § 4241. Prior to the hearing, it is requested that an order be issued requiring that Mr. Debernardis be examined by a court appointed psychiatrist or psychologist.

1. Mr. Debernardis is charged by indictment with one count of making a false statement to a licensed firearm dealer, in violation of 18 U.S.C. § 922(a)(6).

2. After speaking to witnesses to determine whether grounds existed to support a motion for a downward departure at sentencing, the undersigned has recently discovered that there is reasonable cause to believe that Mr. Debernardis may be suffering from a mental defect which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.



3. The undersigned has witnessed Mr. Debernardis become increasingly anxious and agitated during the undersigned's attempts to discuss his options and the possible outcome of his case. Mr. Debernardis is an epileptic and reports an increase of epileptic attacks since the commencement of these criminal proceedings.

4. Mr. Debernardis' wife died in a tragic drowning accident in September, 2000 and his father passed away in April, 2000. In addition, Mr. Oppenheimer is the sole caretaker of his brother, Franklin Debernardis, who suffers from Down Syndrome. It is the undersigned's opinion that the deaths of his wife and father, along with the prospect of his brother being cared for by a State agency are the causes of Mr. Debernardis' anxiety.

5. While the undersigned cannot say with any degree of certainty that Mr. Debernardis is in fact suffering from a mental defect or disease, the undersigned sincerely believes that a psychiatric evaluation is warranted in this case to determine whether Mr. Debernardis can fully appreciate the nature and consequences of the proceedings against him.

6. The undersigned has contacted Assistant Untied States Attorney Robin Rosenbaum and she has no objection to the relief sought by this motion.

7. If the court is inclined to grant this motion, the defendant respectfully requests that the examination be performed by a Court appointed psychiatrist or psychologist pursuant to the Guide to Judiciary Policies and Procedures, vol. 7, chapter 3, Section 3.11.

WHEREFORE, the defendant, DAVID DEBERNARDIS, respectfully requests that the Court

order a hearing to determine Mr. Debernardis' competency and prior to the hearing order Mr. Debernardis to be examined by a Court appointed psychiatrist or psychologist pursuant to 18 U.S.C. § 4241.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was mailed and faxed this 16th day of November, 2000 to Robin Rosenbaum, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33394.

_____
Daryl E. Wilcox