UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 00-6242-CR-FERGUSON

DAVID DEBERNARDIS,

    Defendant.
_____

### ORDER

**THIS CAUSE** has come before the Court upon Defendant's Unopposed Motion to Determine Defendant's Mental Competency to Stand Trial, filed November 16, 2000 and Defendant's Unopposed Motion to Continue Trial, filed November 16, 2000.

Having reviewed the Motion, the record in this matter, and being otherwise duly advised, the following is **ORDERED AND ADJUDGED:**

1. Defendant's Unopposed Motion to Continue Trial, filed November 16, 2000 is **GRANTED**. The above entitled case is reset for trial commencing January 8, 2001. Parties shall be ready to proceed at 9:30 A.M., in Courtroom "C", U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida, before the Honorable Jose A. Gonzalez, Jr.

2. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, Defendant's Unopposed Motion to Determine Defendant's Mental Competency to

Stand Trial, filed November 16, 2000 is referred to United States Magistrate Judge Lurana S. Snow for further proceedings and disposition, or if appropriate, report and recommendation.

**DONE AND ORDERED** in the Chambers at Fort Lauderdale, Florida, this 20TH day of November 2000.

```
                              _____
                              JOSE A. GONZALEZ, JR.
                              UNITED STATES DISTRICT JUDGE
```

cc: Hon. Lurana S. Snow
    Daryl Wilcox, AFPD
    Robin S. Rosenbaum, AUSA
    U.S. Probation Office