UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6264-CR-FERGUSON/Snow
6242

UNITED STATES OF AMERICA,
Plaintiff,

vs.

DAVID DEBERNARDIS,
Defendant.



## ORDER FOR PSYCHOLOGICAL EXAMINATION

This Cause having come before the Court upon Defendant's Unopposed Motion to Determine Defendant's Mental Competency. Based upon the consent of the parties, it is

ORDERED and ADJUDGED, pursuant to Title 18, United State Code, Section 4241 and the Guide to Judiciary Policies and Procedures, Vol. 7, chapter 3, Section 3.11, the defendant be examined by Dr. Leonard Haber of 2125 Biscayne Boulevard, Suite 200, Miami, Florida 33137-5029. The cost of the psychological examination and report shall be paid for by the Department of Justice.

It is further ORDERED and ADJUDGED that the psychological report ordered herein shall be filed with the Court with copies provided to the counsel for the defendant and to the attorney for the government on or before January 8, 2001.

DONE and ORDERED in chambers at Fort Lauderdale, Florida, this 27th day of December, 2000.

Lurana S. Snow

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Wilkie D. Ferguson
Hon. Jose A. Gonzalez
Robin Rosenbaum, Assistant United States Attorney
Dr. Leonard Haber
Daryl E. Wilcox, Assistant Federal Public Defender