CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

FILED by _____ D.C.
JAN 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6242-CR-JAG (WDF)   DATE: 1/8/01
COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: Anita LaRocca
PROBATION OFC. _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. David Debernardis

U.S. Attorney: Robin Rosenbaum / Dana Washington   DEFT. COUNSEL: Daryl Wilcox
DEFENDANT: Present ✓  Not Present ___  On Bond ___  In Custody ✓

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Defendant pled guilty to Count One of the Indictment

CONTINUED TO: Date 3/23/01   TIME 10:00 A.M.
For: Sentencing

MISC. _____