UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-~~6264~~-CR-FERGUSON
6242

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID DEBERNARDIS,

Defendant.
_______________________________/

NIGHT BOX
FILED
MAR 19 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**ADDENDUM TO DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**

The Defendant, DAVID DEBERNARDIS, through undersigned counsel, files the following addendum to his Motion for Downward Departure:

Attached as defendant's exhibits 13 and 14 are letters from Ian N. Rae, M.D. and Psychiatrist Sue A. Leuschke, M.D. These letters are offered in support of Mr. Debernardis' argument that he should receive a downward departure because of his physical and mental condition.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: ______________________________

Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

27

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was mailed and faxed this 20th day of March, 2001 to Robin Rosenbaum, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33394; and Paul J. Cresce, United States Probation Officer, 301 Simonton Street, Room 230, Key West, FL 33040-6812.

Daryl E. Wilcox

**Keys Rapid Care Center**
**101451 Overseas Hwy.**
**Key Largo, FL 33037**
**(305) 453- 0666**
**Fax (305) 453-0646**

**To Whom it may Concern:**
**Re: David Debarnardis**

**Dear Sir/Madam:**

**Mr. Debarnardis is a patient of mine whom I started seeing in July of 1996. The illnesses for which I have treated this patient include: Hypertension, Seizure disorder, Hyperlipidemia, and Coronary Artery Disease. The patient has been hard to get controlled as far as his blood pressure and seizures are concerned. He requires frequent visits to our office to have his follow up on his blood pressure, seizures and to adjust medications. It is my professional opinion that this patient is going to require frequent visits to a physician and a great amount of medical care permanently.**

**It is my opinion that if home detention or something less costly than a prison sentence can be considered, it would be beneficial to this patient as well as society.**

**If I can be of further help please let me know.**

**Sincerely,**

**Ian N. Rae M.D.**

DEFENDANT'S EXHIBIT
13

-cr-06242-KAM Document 27 Entered on FLSD Docket 03/20/2001 P

GUIDANCE CLINIC OF THE UPPER KEYS
POST OFFICE BOX 363
TAVERNIER, FLORIDA 33070-0363
(305) 853-3284 · SUNCOM 464-3284
FAX (305) 853-3286 SUNCOM 464-3286

March 19, 2001

The Honorable Wilkie D. Ferguson
United States District Judge
299 East Broward Blvd., Room 207B
Fort Lauderdale, Fl 33307

Re David DeBernardis

The Honorable Wilkie D. Ferguson:

I am the treating psychiatrist for David DeBernardis at the Guidance Clinic Upper Keys. He has depressive symptoms of lethargy, sadness, loss of weight (220# - 185#), lack of sleep and lack of concentration consistent with a diagnosis of aggravated grief. He had a short trial of medication and a short trial of psychotherapy, which did not give him relief. He continues to see his wife's image appear to him on occasion as if she is trying to speak to him. His distress and decrease in functioning are real. He is now on a second trial of medication, but will need further evaluation and continued assessment to determine long-term prognosis.

Sincerely,

Sue A Leuschke

Sue A Leuschke, M.D.
Psychiatrist




Partially funded by Department of Children & Families, District 11

92140 Overseas Highway
Suite 5
TAVERNIER, FLORIDA 33070

