SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

[MAR 27 2001

CASE # _OO-6242-CR-W/F_

DEFENDANT _David Debernendis_ JUDGE ____WILKIE D. FERGUSON____

Deputy Clerk____TROY T. WALKER____    DATE _March 23, 2001_

Court Reporter ~~Ray Haferling~~ _Brynn Darkstader_    USPO _Frank Smith_

AUSA _Robin Rosenbaum_    Deft's Counsel _Deryl Wilcox, FPD_

COUNTS DISMISSED____All Others_____
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at_____AM / PM

JUDGMENT AND SENTENCE

*Right to appeal*

| | | | |
|---|---|---|---|
| Imprisonment | Years | Months _60_ | Counts _1_ |
| | | | |

Supervised Release _3 yr (see P/C for details)_

| | | | |
|---|---|---|---|
| Probation | Years | Months | Counts |

*Motion for*
Comments _Downward Reduction is Denied_
*Motion for*
_____

Assessment $ _100.00_    Fine $ _None_

Restitution /Other _____

CUSTODY
_✓_ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____
_____
_____

28