PAID
In Forma Pauperis
Clarence Maddox, Clerk
-cr-06242-KAM    Document 30    Entered on FLSD Docket 04/05/2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA.
Plaintiff,

THE HONORABLE JUDGE FERGUSON
CASE NO. 00CR6242
FERGUSON

V

DAVID DEBERNARDIS
Defendant,
_____/

NOTICE OF APPEAL

FILED BY
01 APR -3 A 10:31
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI
D.C

NOW COMES, defendant David Debernardis, pro se, pursuant to the Federal Rules of Criminal Procedure, respectfully submitts this Notice of Appeal, pro se, in lieu of his attorney not filing this Notice of Appeal.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the Clerk of the Court, in lieu and care, because defendant does not have the address of the U.S. District Attorney, nor the case no., and respectfully requests that the Honorable Clerk forward a copy to the AUSA. Done this 29th day of March, 2001.

Respectfully submitted,

David Debernardis, pro se

NON-COMPLIANCE OF S.D. Fla. L.R. 5D