United States District Court
Southern District of Florida
Ft. Lauderdale, Fl. 33301

David Deberrardis,
Defendant/Appellant.

-vs-

United States of America,
Plaintiff, Appellee.

CASE NO: 00-6242-CR-WDF

FILED
'01 APR 17 P5:56
CLARENCE MADDOX
CLERK
SD

## NOTICE OF MOTION FOR ASSIGNMENT OF COUNSEL AND GRANTING LEAVE TO APPEAL IN FORMA PAUPERIS

Comes Now, David Deberrardis, Appellant, in proper person hereby files this motion requesting this Court to grant Appellant assignment of [Appellate counsel] and allowing him to proceed in this appeal [in forma Pauperis]. The Appellant is appealing a sentencing order entered by this Court on 23rd of March 2001. A notice of Appeal was filed on April 05, 2001.

Respectfully Submitted,

31

file this 15th April, 2001   David Deberrardis, Pro Se