1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF FLORIDA

3          FORT LAUDERDALE DIVISION

FILED by ___ D.C.
CT. REP.

MAY 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

4

5    UNITED STATES OF AMERICA,    .  CASE 00-6242-CR-WDF
                                 .
6          PLAINTIFF,            .  MIAMI, FLORIDA
                                 .  MARCH 23, 2001
7          V.                    .
                                 .
8    DAVID DEBERNARDIS,          .
                                 .
9          DEFENDANT.            .
                                 .
10   . . . . . . . . . . . . . .

11

12

13

14          TRANSCRIPT OF SENTENCING PROCEEDINGS HAD

15      BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,

16              UNITED STATES DISTRICT JUDGE.

17

18

19

20                     - - - - -

21                PAGES 1 THROUGH 47

22                     - - - - -

23

24

25

                  BRYNN DOCKSTADER, RMR
                    (305) 523-5635

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE