UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6242-CR-Ferguson |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID DeBERNARDIS | ) | THIS VOLUME: |
| | ) | PAGES 1-16 |
| DEFENDANT. | ) | |

TRANSCRIPT of CHANGE OF PLEA HEARING had before

THE HONORABLE JOSE A. GONZALEZ, JR., in Fort Lauderdale,

Broward County, Florida, on Monday, January 8, 2001, in the

above-styled matter.

APPEARANCES:

FOR THE GOVERNMENT:         DANA WASHINGTON,
                            Assistant U.S. Attorney

FOR THE DEFENDANT:          DARYL WILCOX,
                            Assistant Federal Defender


ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE