**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS            Date: August 20, 2001
Eleventh Judicial Circuit               USDC # 00-6242-CR-WDF
56 Forsyth Street                       USCA # 01-11813-II
Atlanta, Georgia    30303
```

IN RE: **USA v. Debernardis**

===============================================================

**Certificate of Readiness and Transmittal of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      _1_ Volume of Pleadings
      _2_ Volumes of Transcripts

     _X_ Exhibits:

        _1_ PSI (sealed)

Judge <u>The Honorable Wilkie D. Ferguson, Jr.</u>


Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                              Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
      Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                          LSS      CLOSED
                                                          APPEAL
                        U.S. District Court
               Southern District of Florida (FtLauderdale)

               CRIMINAL DOCKET FOR CASE #: 00-CR-6242-ALL

USA v. Debernardis                                        Filed: 08/24/00
Dkt# in other court: None

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

DAVID DEBERNARDIS (1) , DOB:         Daryl Elliott Wilcox
2/15/51   Prisoner #66330-004          [term  03/28/01]
    defendant                         FTS 356-7556
 [term  03/28/01]                     [COR LD NTC pda]
                                      Federal Public Defender's
                                      Office
                                      1 E Broward Boulevard
                                      Suite 1100
                                      Fort Lauderdale, FL 33301
                                      954-356-7436


Pending Counts:                              Disposition

18:924A.F PENALTIES FOR              60 months imprisonment, 3 years
FIREARMS: Made a false               supervised release and $100
statement to  a firearms             special assessment
dealer in connnection with the       (1)
attempted          acquisition
of a rifle.
(1)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE
```

*Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S District Court
Southern District of Florida
By _____  Deputy Clerk
Date 8/20/01*

```
Proceedings include all events.                                    LSS
0:00cr6242-ALL USA v. Debernardis                            CLOSED APPEAL

DAVID DEBERNARDIS, DOB: 2/15/51 Prisoner #66330-004

                defendant


========================

USA

                plaintiff

U. S. Attorneys:

  Robin Stacie Rosenbaum
  FTS 356-7336
  954-356-7255X3595
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255

  PTS Officer
  FTS 769-5669
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

Proceedings include all events.  BEG. Vol. 1    LSS
0:00cr6242-ALL USA v. Debernardis    CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 8/24/00 | 1 | INDICTMENT as to David Debernardis (1) count(s) 1 (Criminal Category 1) (dd) [Entry date 08/25/00] |
| 8/24/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (dd) [Entry date 08/25/00] |
| 8/24/00 | 2 | ARREST WARRANT issued as to David Debernardis . Warrant issued by Magistrate Judge Lurana S. Snow  Bail fixed at $250,000 Corp. Surety (dd) [Entry date 08/25/00] |
| 9/15/00 | -- | ARREST of David Debernardis (dp) [Entry date 09/21/00] |
| 9/15/00 | -- | ARREST of David Debernardis (dp) [Entry date 09/22/00] |
| 9/18/00 | -- | Initial appearance as to David Debernardis held (Defendant informed of rights.) (dp) [Entry date 09/21/00] |
| 9/20/00 | 3 | ORDER on Initial Appearance as to David Debernardis Bond set to  for David Debernardis. Arraignment set for 9/21/00 for David Debernardis ; Detention hearing set for 9/21/00 for David Debernardis ;  before Duty Magistrate, , ( Signed by Magistrate Judge Robert L. Dube  on 9/18/00)  CCAP (dp) [Entry date 09/21/00] |
| 9/20/00 | 4 | RE DOB: 2/15/51  Prisoner # 66330-004 (dp) [Entry date 09/21/00] |
| 9/21/00 | 5 | ARREST WARRANT Returned Executed as to David Debernardis on 9/15/00 (dp) [Entry date 09/22/00] |
| 9/21/00 | 6 | ORDER as to David Debernardis to set Bond  Bond set to $ 50,000 Personal Surety for David Debernardis.and  to set Bond  Bond set to $ 10,000 Corporate Surety for David Debernardis. ( Signed by Magistrate Judge Robert L. Dube on 9/20/00) CCAP [EOD Date: 9/22/00] CCAP (1h) [Entry date 09/22/00] |
| 9/22/00 | 7 | NOTICE of Assignment of Assistant Public Defender for David Debernardis  AFPD Daryl Elliott Wilcox assigned. (dp) [Entry date 09/25/00] |
| 9/22/00 | 8 | APPEARANCE BOND entered by David Debernardis  in  Amount $ 50,000 PSB  Approved by Magistrate Judge Robert L. Dube . (dp) [Entry date 09/25/00] |
| 9/22/00 | 9 | APPEARANCE BOND entered by David Debernardis  in  Amount $ 10,000 CSB (Surety Information: Bankers Insurance Company , Steven Morales , 2299 SW 27 Ave Miami FL 33128) Approved by Magistrate Judge Robert L. Dube . (dp) [Entry date 09/25/00] |
| 9/28/00 | 10 | Minutes of arraignment held on 9/28/00  before Magistrate Barry S. Seltzer as to David Debernardis ; Court Reporter Name or Tape #: 00-74/2440 (dp) [Entry date 10/02/00] |

Proceedings include all events.　　Vol. 1 Cont.　　　　LSS
0:00cr6242-ALL USA v. Debernardis　　　　　　　　　CLOSED APPEAL

| | | |
|---|---|---|
| 9/28/00 | 11 | ARRAIGNMENT INFORMATION SHEET for David Debernardis (1) count(s) 1   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 10/02/00] |
| 9/28/00 | 12 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to David Debernardis   Status conference set for 11:00 10/13/00 for David Debernardis   before Magistrate Judge Lurana S. Snow ( Signed by Magistrate Barry S. Seltzer on 9/28/00) CCAP [EOD Date: 10/2/00]  CCAP (dp) [Entry date 10/02/00] |
| 9/28/00 | 13 | STANDING DISCOVERY ORDER as to David Debernardis   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 9/28/00)  Tape #  CCAP (dp) [Entry date 10/02/00] |
| 10/3/00 | 14 | RESPONSE to Standing Discovery Order by USA  as to David Debernardis (dp) [Entry date 10/04/00] |
| 10/13/00 | 15 | Minutes of status conference held on 10/13/00  before Magistrate Judge Lurana S. Snow as to David Debernardis ; Court Reporter Name or Tape #: 00-52/2593 (dp) [Entry date 10/16/00] |
| 10/13/00 | -- | Status conference as to David Debernardis  held (dp) [Entry date 10/16/00] |
| 10/18/00 | 16 | STATUS REPORT ORDER as to David Debernardis. Pretrial motions to be filed by 10/20/00  ( Signed by Magistrate Judge Lurana S. Snow on 10/18/00) CCAP [EOD Date: 10/19/00]  CCAP (dp) [Entry date 10/19/00] |
| 10/19/00 | 17 | SCHEDULING ORDER as to David Debernardis  setting Calendar Call for 3:15 10/30/00 for David Debernardis ; Jury Trial for 11/6/00 for David Debernardis ;   before Judge Wilkie D. Ferguson Jr.  ( Signed by Judge Wilkie D. Ferguson Jr. on 10/18/00) CCAP [EOD Date: 10/19/00]  CCAP (dp) [Entry date 10/19/00] |
| 10/23/00 | 18 | NOTICE of Unavailabilty by USA  as to David Debernardis for dates of: 11/18-11/25 (dp) [Entry date 10/24/00] |
| 11/7/00 | 19 | ORDER transferring for trial to Judge Jose Gonzalez as to David Debernardis ( Signed by Judge Wilkie D. Ferguson Jr. on 11/7/00) CCAP [EOD Date: 11/8/00] CCAP (dp) [Entry date 11/08/00] |
| 11/16/00 | 20 | MOTION by David Debernardis to continue trial (dp) [Entry date 11/17/00] |
| 11/16/00 | 21 | MOTION by David Debernardis to determine mental competency to stand trial (dp) [Entry date 11/17/00] |

```
Proceedings include all events.                                        LSS
0:00cr6242-ALL USA v. Debernardis      Vol. 1 cont.        CLOSED APPEAL
```

| Date | No. | Entry |
|---|---|---|
| 11/20/00 | 22 | ORDER as to David Debernardis granting [20-1] motion to continue trial as to David Debernardis (1) [21-1] motion to determine mental competency to stand trial refered to magistrate judge Reset Jury trial for 9:30 on 1/8/01 for Debernardis before Judge Jose A. Gonzalez Jr. (Signed by Judge Jose A. Gonzalez Jr. on 11/20/00) CCAP [EOD Date: 11/21/00] CCAP※ (mh) [Entry date 11/21/00] |
| 12/27/00 | 23 | ORDER as to David Debernardis granting [21-1] motion to determine mental competency to stand trial as to David Debernardis (1) ( Signed by Magistrate Judge Lurana S. Snow on 12/27/00) CCAP [EOD Date: 12/28/00] CCAP※ (dp) [Entry date 12/28/00] |
| 1/8/01 | 24 | Minutes of change of plea held on 1/8/01 before Judge Jose A. Gonzalez Jr. as to David Debernardis; Court Reporter Name: Anita LaRocca (mh) [Entry date 01/08/01] |
| 1/8/01 | 25 | NOTICE of Hearing as to David Debernardis: Setting Sentencing for 10:00 on 3/23/01 for David Debernardis before Judge Wilkie D. Ferguson Jr. (mh) [Entry date 01/08/01] |
| 1/8/01 | -- | PLEA entered by David Debernardis . Court accepts plea. GUILTY: David Debernardis (1) count(s) 1 (dp) [Entry date 03/29/01] |
| 3/15/01 | 26 | MOTION by David Debernardis for downward departure (mh) [Entry date 03/16/01] |
| 3/19/01 | 27 | AMENDMENT by David Debernardis to: [26-1] motion for downward departure (dp) [Entry date 03/20/01] |
| 3/23/01 | -- | Sentencing held David Debernardis (1) count(s) 1 (dp) [Entry date 03/29/01] |
| 3/27/01 | 28 | Minutes of sentencing held on 3/23/01 before Judge Wilkie D. Ferguson Jr. as to David Debernardis ; Court Reporter Name or Tape #: Brynn Dockstader (dp) [Entry date 03/28/01] |
| 3/28/01 | 29 | JUDGMENT as to David Debernardis (1) count(s) 1. 60 months imprisonment, 3 years supervised release and $100 special assessment ( Signed by Judge Wilkie D. Ferguson Jr. on 3/27/01) CCAP [EOD Date: 3/29/01] CCAP (dp) [Entry date 03/29/01] |
| 4/3/01 | 30 | NOTICE OF APPEAL by David Debernardis re: [29-1] judgment order . EOD Date: 3/29/01; David Debernardis (1) count(s) 1; Filing Fee: $ NO FEE PAID; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 04/05/01] |
| 4/5/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to David Debernardis [30-1] appeal |

```
Proceedings include all events.                                          LSS
0:00cr6242-ALL USA v. Debernardis    Vol. 1 cont.        CLOSED APPEAL
```

|         |     |                                                                                                                                                                                  |
|---------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |     | (gf) [Entry date 04/05/01]                                                                                                                                                       |
| 4/12/01 | --  | NOTICE of Receipt of Transmittal Letter from USCA as to David Debernardis Re: [30-1] appeal USCA Number: 01-11813-I (dl) [Entry date 04/13/01]                                    |
| 4/18/01 | 31  | MOTION by David Debernardis for appointment of counsel, and to proceed in forma pauperis on appeal (dp) [Entry date 04/18/01]                                                     |
| 4/30/01 | 32  | TRANSCRIPT INFORMATION FORM as to David Debernardis re: [30-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 05/03/01]                              |
| 5/3/01  | 33  | Appeal Information Sheet as to David Debernardis re: [30-1] appeal Transcript due 6/4/01 as to sentencing for David Debernardis (gf) [Entry date 05/07/01]                        |
| 5/14/01 | 34  | Judgment Returned Executed as to David Debernardis on 4/26/01 at FCC Coleman (dp) [Entry date 05/14/01]                                                                           |
| 5/15/01 | 35  | Appeal Information Sheet as to David Debernardis re: [30-1] appeal Transcript due 6/11/01 for David Debernardis (gf) [Entry date 05/17/01]                                        |
| 5/21/01 | 36  | TRANSCRIPT filed as to David Debernardis of Sentencing Proceedings held 3/23/01 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-47 re: [30-1] appeal . Appeal record due on 6/5/01 for David Debernardis (gf) [Entry date 05/23/01]  Vol. 3 |
| 5/21/01 | 37  | Appeal Information Sheet as to David Debernardis re: [30-1] appeal Transcript filed on 5/21/01 for David Debernardis (gf) [Entry date 05/23/01]                                    |
| 6/6/01  | 38  | TRANSCRIPT filed as to David Debernardis of Change of Plea Hearing held 1/8/01 before Judge Jose A. Gonzalez, Jr. Volume #: 1 Pages: 1-16 re: [30-1] appeal . Appeal record due on 6/21/01 for David Debernardis (gf) [Entry date 06/06/01]  Vol. 2 |
| 8/20/01 | 39  | Certificate of Readiness and Transmittal of Record on Appeal to USCA as to David Debernardis re: [30-1] appeal by David Debernardis USCA 01-11813-II (gf) [Entry date 08/20/01]  End Vol. 1 |