United States District Court
Southern District of Florida
United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

RE: 0:00CR06242-001 WJF

Dear Sir Your Honor

I am writing you in regards to hoping that you would grant me a clemency or a Reduction in my Prison Sentence or some kind of Downward Departure. I know I did a wrong thing and losing my family has put a heavy pain on me. I have and still going through alot of grief and alot of depression. I am on epilepsy and have very bad convulsions. Besides something that happen to me in prison. I also have a brother who is in a home and has Down Syndrome and starting to get ill senile. And I would love to spend our last years together. Because being in here they are talking about not letting me have him back. And he means the world to me.

I would like to take this time and thank you in advance for reading and hopefully helping me

Thank You Very Much
[signature]

Federal Correctional Complex - Medium
David DeBernardis
66330-004 - A-1
P O Box 1032
Coleman, Florida
   33521-1032

41/th

Relief Sought - Reduction of Prison Sentence

Petitioner, David A. DeBernardis a Federal prisoner, Reg No. 66330-004 confined in the Federal Institution at Coleman Complex Medium, in seeking a commutation of sentence, states he was born on 2-15-57 and has Social Security No. 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.

Petitioner was convicted on a plea of Guilty in the United States District Court for the Southern District of Florida of the crime of 18:922(A),(B) & 924(A)(2) Making A False Statement To A Firearms Dealer In Connection With The Acquisition of a Rifle.

Involving the following circumstance - On Dec 12, 1999 I was going to buy my wife a collector's rifle for a suprise Christmas gift because she loved and alway did love to collect old guns that could not be used anymore and just to hang them on the wall for show. So I walk in and handed me a paper he said I had to sign and so without reading it or thinking I signed it. So he went into the back and came out a few minutes later and said I am sorry I can not sell it to you. Then I remembered why it was because I was a ex-felon. So I said thank you and I left. I just did not read the paper before signing it. So then on Sept 16, 2000 Two Officer came to my door and said to my wife and I that they wanted to talk to me and told my wife that they would have me home in 20 minutes so I went. But instead they took me to Miami and never told my wife a thing
And was sentenced on March 23, 2001, to imprisonment for 60 Months, and 3 years supervised Release

1) I had lost my mother sometime in around 1996. Than in April of 2000 I lost my father and on Sept 17, 2000 I lost my wife or suffered a fatal accident while I was awaiting sentencing

2) I suffer from an organic brain dysfunction, epilepsy, I have severe seizures and am not able to appreciate the consequences of my acts;

3) I was and still undergoing psychiatric treatment and taking medications as a result of my wife's death and my seizures disorder

4) I am the sole caretaker of my brother who suffers from Downs Syndrome (as there were no other family members after my wife Theon De Bernardis died);

5) I served the community in an extraordinary manner including the founding of the Upper Keys Volunteer Search and Rescue. And still will be active when I get out. In support of these facts, Doctors, Law Enforcement and neighbors would testified and submitte letters again if necessary

Petitioner began the service of his sentence on March 23, 2001. He will be released from his confinement on July 24, 2005.

Petitioner respectfully prays that he be granted a Relief Sought - Reduction of Prison sentence or granted Clemency for the following reasons:

(1) I am the sole caretaker of my brother who has down syndrome (As there is no other family member after the death of my wife) And who I would love to be with more than anything in this world. And because of both of our healths.

(2) I am still going through a lot of grief and depression because of my wife's death and not still believing she died. (A emotional disorder). She died Sept 17, 2000

(3) I suffer from an organic brain dysfunction epilepsy. I have grand mal convulsions which is very severe

(4) I serve the community in an extraordinary manner including the founding of the Urban Upper Keys Volunteer Search and Rescue. And I still will be active when I get out

Petitioner hopes and prayes that he will either be granted Clemency or a Downward Departure

I understand that any false statement(s) of a material fact contained herein may serve as the basic of prosecution and conviction of perjury or making false statements. Further, I Certify that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

State of Florida

County of __Sumter__

The Foregoing Instrument was knowledged before me this 8 Day of Oct 2003 By___DAVID DEBERNARDIS___
Insert Name of Person Acknowledged

Who is Personally known to me or who has produced FEDERAL Bureau of PRISONS ID, as Identification and who (DID)(DID NOT) take
State Type Identification

an oath

_Felix Quinones_
Notary Public


Felix Quinones
Commission # CC 928996
Expires April 17, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

My Commission Expires: April 17, 2004