# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6242-CR-FERGUSON

UNITED STATES OF AMERICA,

      Plaintiff

v.

DAVID DEBERNARDIS,

      Defendant

_____/



FILED by _____ D.C.

**Oct 30, 2003**

CLARENCE MADDOX
CLERK U.S. DIST. CT.

### CLERK'S NOTICE OF JUDICIAL OFFICER REASSIGNMENT OF A CLOSED CASE

The above referenced case, which was initially assigned to the **Honorable Wilkie D. Ferguson**, is closed but has pending motions or other matters extant. Pursuant to Section 2.10.00 of the Court Policy Manual and the Local Rules of this Court, providing for the random and equal allotment of cases, all parties to this action are noticed as follows :

    1.    The above-styled case is hereby reassigned to the calendar of

**KENNETH A MARRA**, United States District Judge for all further proceedings, and

    2.    That the magistrate assignment is changed to

**BARRY S. SELTZER**, who is paired with the assignee District Court Judge pursuant to Administrative Order 2002-2 2002-12 and 2002-58; and

    3.    That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

### 00-6242-CR-MARRA/SELTZER

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with <u>S.D.Fla. L.R.</u> 5.1.A.5.

    DONE at the Federal Courthouse , Fort Lauderdale, Florida, this 30 day of October, 2003.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: _____
    Deputy Clerk

c:    U.S. District Judge KENNETH A MARRA
    Magistrate Judge BARRY S. SELTZER
    All counsel of record/<u>pro se</u> parties

42