UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6242-CR-MARRA

UNITED STATES OF AMERICA

Plaintiff

v.

DAVID DEBERNARDIS

Defendant.
_____/



### ORDER DENYING DEFENDANT'S MOTION
### FOR CLEMENCY, DOWNWARD DEPARTURE, OR A REDUCTION IN SENTENCE

THIS MATTER came before the Court upon the Defendant's correspondence filed October 30, 2003 (DE 41), which shall be considered a Motion for Clemency, Downward Departure, or a Reduction in Sentence. Upon considering the motion and otherwise being duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

The Court does not have jurisdiction nor the authority to either grant clemency, reduce the Defendant's sentence, or grant a downward departure. As a result, Defendant's request for relief from his sentence is **DENIED**. This order is without prejudice to Defendant seeking any other appropriate post-conviction relief that may be available to him.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _18th_ day of November, 2003.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Robin S. Rosenbaum, AUSA
U.S. Pretrial Services
USPO

David DeBernardis
66330-004 - A-1
P.O. Box 1032
Coleman, Florida 33521-3032