PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65430

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6242-CR-Marra</u>

FILED by MAT D.C.

JUL 1 1 2005

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

<u>Request for Modifying the Conditions or Term of Supervision</u>  
<u>with Consent of the Offender</u>  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: David D. Debernardis

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, U.S. District Judge, Miami, Florida

Date of Original Sentence: March 23, 2001

Original Offense: Making a False Statement to a Firearms Dealer With Connection With the Acquisition of a Rifle, 18 U.S.C. §922(a)(b)

Original Sentence: 60 months Bureau of Prisons, followed by three (3) years supervised release. Special Condition: Participation in drug treatment mental health/substance abuse as directed by the probation officer and submit to search of his person or property by the United States Probation Officer and $100 special assessment.

Type of Supervision: Supervised Release       Date Supervision Commenced: July 24, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

The defendant shall reside at and participate in the Community Corrections Center for period up to 180 days or until otherwise released at the direction of the United States Probation Officer.

PROB 12B                                                    SD/FL PACTS No. 65430
(SD/FL 9/96)

## CAUSE

Mr. Debernardis is presently incarcerated with the Federal Bureau of Prisons, Federal Medical Center at Butner, North Carolina, and is scheduled to be released to begin his three (3) year term of supervised release on July 24, 2005. Case Manager Zaneta Vaughn has had contact with the undersigned officer noting that Mr. Debernardis has been denied CCC placement due to his history of violence and sexual offense (conviction for second degree murder and rape in two separate offenses) and the high level of supervision needed within the institution. Therefore, Mr. Debernardis will be released to the community, and is homeless and indigent. Furthermore, he has been diagnosed with squall cell carcinoma of the lung and will be in need of followup treatment.

Mr. Debernardis has agreed to modify his supervised release to include placement in a community correctional center for up to a 180 days. Please find the attached Prob 49, Waiver of Hearing Form for Your Honors review. If Your Honor is in agreement with the modification, please indicate below.

Respectfully submitted,

by [signature]

Paul J. Cresce
U.S. Probation Officer
Phone: 305-295-8155
Date: July 6, 2005

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

7/8/05
_____
Date