UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

Case Number: 00-6242-CR-Marra

-vs-

Debernardis, David
Defendant

REPORT COMMENCING CRIMINAL ACTION

U.S. Marshals Service Number: 66330-004

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   WEST PALM BEACH   FT. PIERCE   (Circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of arrest: 12/26/06   5:00   a.m. / (p.m.)

**Time and Facility where booked: FDC-Miami

(2) Language Spoken: English

(3) Offense(s) Charged: Probation Violation

(4) U.S. Citizen   [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 2/15/57

(6) Type of Charging Document: (check one)
   [ ] Indictment           [ ] Complaint to be filed
                            [ ] Complaint already filed
   Case Number: _____

   [✓] Bench Warrant
   [✓] Probation Violation Warrant
   [ ] Parole Violation Warrant

Originating District: _____
COPY OF WARRANT LEFT WITH U.S. MARSHAL?   [ ] YES   [ ] NO

Amount of Bond: $_____

Who set bond: _____

Remarks: _____

Date: 12/27/06          Arresting Officer: _____

                        Agency: _____

                        Phone: _____