UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6242-CR-MARRA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DAVID DEBERNARDIS
    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By:   s/Robert N. Berube
    Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 304247
    One East Broward Boulevard, Suite 1100
    Fort Lauderdale, Florida 33301
    Tel: 954-356-7436/Fax: 954-356-7556
    E-Mail: Robert_Berube@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

    s/Robert N. Berube