# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: DAVID DEBERNARDIS (J)#66330-004    CASE NO: 00-6242-CR-MARRA

AUSA: DUTY    ATTY:

AGENT:    VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: INITIAL APPEARANCE ON SUPV RELEASE VIOLATION    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED: APD (Berger)

BOND SET @:    To be cosigned by:

1 - Present in court w/o cnsl. Advised of charges. Request court to appoint counsel. Sworn/test. Court finds deft indigent, appoints APD.

2 - Request Bond Hrg.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 12-29 | 11:00 | Seltzer | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-29 | 11:00 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 12/27/06    TIME: 11:00 A.M.    FTL/BSS TAPE # 06- 103    Begin: 1465    End: 1780

(10 mins)