# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: DAVID DEBERNARDIS (J)#66330-004  
CASE NO: 00-6242-CR-MARRA  
AUSA: DUTY (J. Fine)  
ATTY: FPD  
AGENT:  
VIOL: SUPERVISED RELEASED VIOLATION  
PROCEEDING: BOND AND PRELI EXAMINATION HEARING  
RECOMMENDED BOND:

BOND HEARING HELD - yes / no  
COUNSEL APPOINTED:  
BOND SET @:  
To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Handwritten notes: Deft Not Present, He is in the Hospital. Can't find a place for Deft.

Court - Gov't to Contact BOP

(To be reset upon notification of AUSA or FPD when Deft is out of Hospital)

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:  
INQUIRY RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE:

DATE: 12/29/06   TIME: 11:00 A.M.   FTL/BSS TAPE # 06- 104   Begin: 162   End: