**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**
Office of the Clerk
700 STEWART ST. LOBBY LEVEL
SEATTLE, WA 98101
(206) 370-8400

December 18, 2006

Clerk, US District Court
Southern District of Florida
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Re: **David Debernardis**
Your Case No: **00-6242-CR-MARRA**
Our Case No: **06-mj-662**

Dear Clerk:

Pursuant to the order transferring the above captioned case to your court dated December 15, 2006, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/**.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

Heather Arent-Zachary
Deputy Clerk

CLOSED

# U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-00662-MAT-1

Case title: USA v. Debernardis  
Other court case number: 00-6242-CR-MARRA Southern District of Florida, Miami

Date Filed: 12/12/2006

Assigned to: Mary Alice Theiler

**Defendant**

**David Debernardis** (1)  
*TERMINATED: 12/15/2006*

represented by **Nancy Tenney**  
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)  
1601 5TH AVE  
STE 700 WESTLAKE CENTER OFFICE TOWER  
SEATTLE, WA 98101  
206-553-1100  
Fax: FAX 206-553-0120  
Email: nancy_tenney@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Violation of Supervised Release in SD-FL | |

**Plaintiff**

USA                      represented by **Douglas Belt Whalley**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Douglas.Whalley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2006 | | Arrest of David Debernardis on 12/12/2006. (HAZ, ) (Entered: 12/13/2006) |
| 12/12/2006 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to David Debernardis (HAZ, Correct image(s) added on 12/13/2006 (HAZ, ). (Entered: 12/13/2006) |
| 12/12/2006 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Nancy Tenney for David Debernardis pending review of financial affidavit by Judge Mary Alice Theiler. (HAZ, ) (Entered: 12/13/2006) |
| 12/12/2006 | 3 | Minute Entry for proceedings held before Judge Mary Alice Theiler - CRD: *HAZ*; AUSA: *D WHALLEY*; Def Cnsl: *N TENNEY*; USPO: *J TIEN*; PTS: *K NEUMEISTER*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to David Debernardis held on 12/12/2006. CT provisionally appoints counsel. Defendant advised of rights and allegations pending in SD-FL. Govt moves for detention, hearing set. Defendant(s) remanded to custody.<br><br>Status and Detention Hearing set for 12/15/2006 at 02:00 PM before Mary Alice Theiler. (HAZ, ) (Entered: 12/13/2006) |
| 12/15/2006 | 4 | Minute Entry for proceedings held before Judge Mary Alice Theiler - CRD: *J Thomas*; AUSA: *Lisca Borichewski*; Def Cnsl: *Nancy Tenney*; PTS: *Connie Smith*; Court Reporter: *(digital recording)*; Time of Hearing: *2:00*; Courtroom: *12B*; **DETENTION HEARING** as to David Debernardis held on 12/15/2006. Defendant present in custody. Defendant files a Waiver of Identity Hearing. Court signs the Order of Transfer. After hearing argument from both sides regarding release or detention pending further hearings in Florida, Defendant ORDERED detained. Defendant remanded to custody. (JT, ) (Entered: 12/15/2006) |
| 12/15/2006 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to Southern District of Florida as to David Debernardis by Judge Mary Alice Theiler. (cc: PTS, USMO) (HAZ, ) (Entered: 12/18/2006) |

| 12/18/2006 | 7 | Letter from WD-WA regarding Rule 5 documents sent as to defendant David Debernardis (HAZ, ) (Entered: 12/18/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2007 11:18:23 | | | |
| **PACER Login:** | ux3052 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-mj-00662-MAT |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

```
                                                    ___FILED  ___ENTERED
                                                    ___LODGED ___RECEIVED

                                                         DEC 15 2006

                UNITED STATES DISTRICT COURT              AT SEATTLE
                                                   CLERK U.S. DISTRICT COURT
            for the WESTERN DISTRICT OF WASHINGTON WESTERN DISTRICT OF WASHINGTON
                                                                        DEPUTY
                          at Seattle
```

5 aut c's to CS/no

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　Case No. __06-662M__

　　vs.

　　　　　　　　　　　　　　　　　WAIVER OF RULE 5(c)(3)(D) HEARING

DAVID DEBERNARDIS　　　　　　,　 and ORDER OF TRANSFER

　　　　Defendant,

### WAIVER OF RULE 5(c)(3)(D) HEARING

I, __DAVID DEBERNARDIS_____, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

　　a)　　I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the __Southern__ District of __Florida_____;

　　b)　　I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

06-MJ-00622-WV

1   c)  If I am entitled to a preliminary examination, I elect to have it conducted in the
2       district where the prosecution is pending; and,
3   d)  I consent to the issuance of an order directing me to appear and answer in said
4       district where the charges are pending.

6           DATED this __15th__ day of __December__, 20_06_.

8   _____        DAVID DEBERNARDIS
9   Defense Counsel                 _____
                                    Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the __Southern__ District of __Florida__. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this __15__ day of __Dec.__, 20__.

_____
United States Magistrate Judge