UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6242-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID DEBERNARDIS,

    Defendant.
_____/

## NOTICE OF RE-ASSIGNMENT

The above captioned case has been re-assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    */s Lori Barrist*
    Lori Barrist
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 374504
    450 Australian Ave. N., Ste 500
    West Palm Beach, Florida 33401
    Telephone: (561) 833-6288\Fax: (561) 833-0368
    *E-mail: Lori_Barrist@fd.org*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2007, undersigned electronically filed the foregoing document using CM/ECF and has served the same by mail upon Assistant United States Attorney Robin Rosenbaum, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, 33394.

_/s Lori Barrist_
Lori Barrist