UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6242-CR-MARRA

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

DAVID DEBERNARDIS,

   Defendant.
_____/

## NOTICE OF FILING

The defendant, DAVID DEBERNARDIS, through counsel, gives notice of the filing of the attached medical records from Harborview Medical Center in Seattle, Washington and Larkin Community Hospital in South Miami, Florida.

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

                */s Lori Barrist*
                Lori Barrist
                Assistant Federal Public Defender
                Attorney for Defendant
                Florida Bar No. 374504
                450 Australian Ave. N., Ste 500
                West Palm Beach, Florida 33401
                Telephone: (561) 833-6288\Fax: (561) 833-0368
                *E-mail: Lori_Barrist@fd.org*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, undersigned electronically filed the foregoing document using CM/ECF and has served the same by mail upon Assistant United States Attorney Robin Rosenbaum, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and United States Probation Officer Lisa Acosta, 10300 Sunset Dr., Suite 351, Miami, Florida 33173.

/s Lori Barrist
Lori Barrist