# HARBORVIEW MEDICAL CENTER
## UW Medicine

## Your Personalized Discharge Instructions

You were seen in the Emergency Department today by _Grant Keeney, Suzanne Powell, MS4/ Dr. Denny_

Your DIAGNOSIS is _Seizure disorder_

You should follow these INSTRUCTIONS: _Continue medications as prescribed, use medlist to organize medications, follow up in Harborview Neuro Clinic or with doctors in Miami._

You should return to the Emergency Department if you experience _Increasing seizures, intractable seizures_
or call the 24-hour consulting nurse community care line at 206-731-2500.

You have been given prescriptions for the following MEDICATIONS: _None_

---

For lab tests / radiology results call:
- ☐ Emergency Department        206-731-3074
- ☐ Emergency Department East   206-731-5867

☐ **RETURN TO YOUR PRIMARY CARE PHYSICIAN** _____ to schedule a follow-up appointment within _____.

☑ Call the **PATIENT ACCESS CENTER** at 206-744-1000 to schedule an appointment with the _Neurology_ Clinic. This appointment should be scheduled within _one week_.

☐ Call the **PIONEER SQUARE CLINIC** at 206-521-1750 to schedule an appointment. This appointment should be scheduled within _____.

☐ Call the **THIRD AVENUE CENTER** at 206-521-1231 to schedule an appointment. This appointment should be scheduled within _____.

☐ Call the **COMMUNITY CARE CLINIC** on the attached information sheet to schedule a follow-up appointment within _____.

☐ Property was returned to patient.

*I have read and understand these instructions.*

| Patient Signature | Print Name | Date |
|---|---|---|
| _[signature]_ | | |

| Staff Signature | Print Name | Date |
|---|---|---|
| Suzanne Powell, MS4 | Suzanne Powell, MS4 | 11/06/06 |

☐ MD ☐ EDSW ☐ RN

PT.NO

NAME: H 2 80 50 69
DEBERNARDIS, DAVID A
15FEB1951   55 YRS   M

DOB

**UW Medicine**
Harborview Medical Center – UW Medical Center
University of Washington Physicians
Seattle, Washington

**ED - PERSONALIZED DISCHARGE INSTRUCTIONS**

*H1297*

HMC1297 REV JAN 06

WHITE – MEDICAL RECORD
CANARY – PATIENT
PINK – UNIT QA

RECEIVED NOV 06 2006 PATIENT DATA SERVICES SCANNING

Discharge Summary                                       DEBERNARDIS, DAVID A - H2805069

\* Final Report \*

| | |
|---|---|
| Result Type: | Discharge Summary |
| Service Date: | November 05, 2006 12:44 PM |
| Result Status: | Authenticated |
| Result Title: | 23274 |
| Performed By: | Edwardson, MD, Matthew Allen on November 07, 2006 7:07 AM |
| Verified By: | Rose-Innes, MB, ChB, Andrew Peter on November 08, 2006 10:46 AM |
| Encounter info: | 425411, HMC, Inpatient, 10/24/2006 - 11/5/2006 |

## \* Final Report \*

**ADMISSION DATE:** 10/24/2006

**DISCHARGE DATE:** 11/06/2006

**DIAGNOSIS:**
Epileptiform and non-epileptiform seizures.

**ATTENDING:**
Andrew Rose-Innes, MB. ChB, Neurology

**STUDIES:**
Head CT 10/24/2006: No acute intracranial process. Probable old infarct in the left cerebellum.

Chest x-ray 10/25/2006: No change from previous. There is elevation of the right hemidiaphragm and there is still interstitial fibrosis above the left hemidiaphragm that is unchanged from previous exam.

MRI brain with and without contrast 11/02/2006: Essentially normal MRI of the brain, as before. Specifically, no abnormality identified to correspond to new right parietal EEG focus.

EEG report 10/25/2006: This EEG demonstrates a mild to moderate diffuse disturbance of brain function. Epileptiform patterns are not seen. These findings are consistent with a diffuse encephalopathy but are not, otherwise, more specific.

EEG report 10/26/2006: This EEG demonstrates a mild to moderate diffuse disturbance of brain function. Interictal epileptiform patterns are not observed.

EEG report 11/01/2006: This EEG was abnormal. Mild to moderate generalized slowing was noted in the background rhythm. Occasional paroxysmal fast discharges in right central region were identified. These were likely epileptiform and appeared in the area of his previous epileptiform discharges. Nevertheless, artifact sources could not be entirely excluded. No actual seizures were captured.

Discharge Summary                                         DEBERNARDIS, DAVID A - H2805069

* Final Report *

EEG report 11/03/2006: This EEG was abnormal. Mild to moderate generalized slowing was noted in the background rhythm. Occasional paroxysmal fast discharges in right central region were identified, as before, however, the captured clinical event's behavior were likely nonepileptic. They were also different than his previously documented convulsion in July 2006. The significance of the noted intermittent focal delta activity outside of clinical context is unclear. If correlated with clinical events, these could be the manifestation of simple partial or even complex partial seizures. Since some of these discharges occurred intermittently during the nonepileptic clinical events, the possibility of simple partial seizures, even during the nonepileptic events, cannot be excluded. Overall, this study found clear evidence for both epilepsy and nonepileptic events.

**HISTORY OF PRESENT ILLNESS:**
Fifty-seven-year-old male with history of epilepsy since childhood and recent admission for seizure status epilepticus, who has a history of medication noncompliance and is brought in by medics for seizure. Head CT here is negative. Phenytoin level was less than 2.5. In the ER had two witnessed seizures, one GTC lasting 30 seconds, the other described as tonic with arched back, postictal thereafter. Before seizure reported to RN medication compliance. Denied any drug use. No pain or other complaints.

**PAST MEDICAL HISTORY:**
1. Epilepsy.
2. Status epilepticus 07/06.
3. Hyperammonemia secondary to Depakote.
4. Lung cancer status post resection 2004, status post chemo and radiation.

**MEDICATIONS:**
1. Topamax 50, titrating up to 200 bid.
2. Keppra 1,500 bid.
3. Phenytoin 400 mg qhs.

**ALLERGIES:**
No known drug allergies.

**FAMILY HISTORY:**
No neurologic disorders, no seizures.

**PRIMARY CARE PHYSICIAN:**
W. T. Longstreth, M.D.

**SOCIAL HISTORY:**
Denies alcohol or drug use. He does smoke one pack a day. He is homeless.

Discharge Summary                              DEBERNARDIS, DAVID A - H2805069

* Final Report *

**REVIEW OF SYSTEMS:**
Cannot provide due to abnormal mental status.

**PHYSICAL EXAMINATION:**
Vital signs: Temperature 36.1, heart rate 124, BP 143/97, respirations 18, oxygenation 97% on room air.
General: He is confused, uncooperative, sleepy in bed, but arousable.
Lungs: Clear to auscultation bilaterally.
Heart: Regular rate and rhythm.
Skin: Fingers with obvious smoker's sign.
Neurologic: Cognition: Somnolent, arousable. Knows name, knows Harborview. Follows some commands and not others. Cranial Nerves: Pupils equal, round, and reactive to light. Extraocular movements intact. He blinks to threat bilaterally. His face is symmetric. His tongue is midline. Motor exam: He has normal bulk and tone. Moves all four extremities well. Reflexes are 2+ throughout with downgoing toes bilaterally. Sensory: He awakens to painful stimuli in all fours, withdraws purposefully. Unable to assess his coordination, gait, Romberg.

**HOSPITAL COURSE:**
Mr. Debernardis was originally admitted to the ICU and monitored overnight for seizures that were likely provoked by medication non-compliance. He was loaded on Dilantin, and his Keppra was increased to 1500mg bid. He came in on Topamax. After discussing with Dr. Miller. It was felt that Topamax has such a short half-life and, due to his medication noncompliance, it would be better to transition him to a medication like zonisamide with a longer half-life. His zonisamide was started, titrating up slowly at a dose of 50 mg to begin with, going up by 50 every three days. By the day of discharge his zonisamide was up to approximately 200 daily. His Topamax was discontinued on the day of discharge. His phenytoin and Keppra were continued. Throughout the course of this hospitalization Mr. Debernardis had seizure-like episodes. These were primarily witnessed to be tonic straightening of his upper extremities, and deviation of his eyes to one side. These particular episodes recorded by video EEG monitoring were noted to be non-epileptiform in nature. He did receive Ativan for many of these and received up to 8 mg of Ativan a day around 11/01/2006. We, therefore, slowly titrated him down on Ativan, giving him some scheduled Ativan and no longer administering Ativan for these non-epileptiform seizures. He was eventually titrated off the Ativan completely. We did not witness any GTC's, but he does have a known history of true seizure disorder. We plan to keep him on the Keppra, Dilantin, and zonisamide. Through the course of his hospitalization he was transferred from the ICU to the NICU and eventually to the floor. On the day of discharge he was oriented x 3 and ambulating independently.

**DISCHARGE MEDICATIONS:**
1.   Keppra 1,500 mg po bid.
2.   Phenytoin 350 mg po qhs.

Printed by:   Smith, Quita                                              Page 3 of 5
Printed on:  2/13/2007 7:51 AM                                          (Continued)

Discharge Summary                                   DEBERNARDIS, DAVID A - H2805069

* Final Report *

3. Multivitamin 1 tab po daily.
4. Zonisamide 200 mg po qhs.

**DISCHARGE INSTRUCTIONS:**
Mr. Debernardis was discharged to the Union Gospel Shelter. He will follow-up in Adult Medicine Clinic in 2-3 weeks and in Neurology Clinic in two weeks.

The physicians listed on this summary can be reached for questions via paging operators at (206) 731-3000.

**Signature Line**
Electronically Reviewed/Signed On: 11/07/06 at 14:03

_____
Matthew Allen Edwardson, MD
Resident, Dept of Medicine
Box 356421
Seattle, WA

Electronically Co-Signed On: 11/08/06 at 10:46

_____
Andrew Peter Rose-Innes, MB, ChB
Attending, Dept of Neurology
Box 356465
Seattle, WA

Interim Summary                                         DEBERNARDIS, DAVID A - H2805069

* Final Report *

| | |
|---|---|
| Result Type: | Interim Summary |
| Service Date: | October 31, 2006 12:00 AM |
| Result Status: | Authenticated |
| Result Title: | 20446-* |
| Performed By: | Miller, MD, Zachary Adam on October 31, 2006 12:00 AM |
| Verified By: | Rose-Innes, MB, ChB, Andrew Peter on January 05, 2007 10:50 AM |
| Encounter info: | 425411, HMC, Inpatient, 10/24/2006 - 11/5/2006 |

* Final Report *

INTERIM SUMMARY:

**DATE OF ADMISSION:**
10/24/06.

**DATE OF INTERIM SUMMARY:**
10/31/06.

**ATTENDING AND SERVICE:**
Andrew Rose-Innes, MD./Neurology.

**CONSULTS REQUESTED:**
Epilepsy.

**STUDIES PERFORMED:**
The patient had a CT head on 10/24/06 - No acute intracranial process. Probable old infarct in left cerebellum.

**HISTORY OF PRESENT ILLNESS:**
Mr. Debernardis is a 55-year-old gentleman with a history of epilepsy since childhood, has had recent admission for seizures/status, with history of med noncompliance. Please see extensive discharge summary on 07/26/06 by Dr. Jodi Anderson Dodds for a prolonged hospitalization from 07/06/06 to 07/26/06 regarding recent status admission. He was brought in by medics today for seizures. Head CT here was negative. His Dilantin levels at the time were 2.5 in the Emergency Room. He had two witnessed seizures, one generalized tonic-clonic seizure x 30 seconds. The other was described as tonic with arched back. He was postictal afterwards. Before the seizure, he reported to the RN that his compliance has been poor with his medications.

**PAST MEDICAL HISTORY:**
1. Epilepsy.

| | | |
|---|---|---|
| Printed by: | Smith, Quita | Page 1 of 4 |
| Printed on: | 2/13/2007 7:51 AM | (Continued) |

Interim Summary                                      DEBERNARDIS, DAVID A - H2805069

* Final Report *

   2.  Hyperammonemia with Depakote.
   3.  History of lung cancer, status post resection in 2004.
   4.  Status post chemo and radiation.

**MEDICATIONS:**
The patient is on –
   1.  Topamax 50 mg bid.
   2.  Keppra 500 bid.
   3.  Phenytoin 400 qhs.

**ALLERGIES:**
No known drug allergies.

**FAMILY HISTORY:**
No known history of neurological disorders or seizures.  Primary care physician Dr. Longstreth Neurology.

**SOCIAL HISTORY:**
Denies alcohol or drug abuse.  Smokes one pack/day.  Residence – This patient his homeless.

**REVIEW OF SYMPTOMS:**
At the time, unable to be obtained, secondary to mental status.

**PHYSICAL EXAMINATION:**
VITAL SIGNS:  Temperature 36.1, blood pressure 143/97, satting 97% on room air.
GENERAL:  Patient is confused, uncooperative, sleepy, but arousable.
LUNGS:  Clear to auscultation bilaterally.
CARDIOVASCULAR:  Regular rate and rhythm.
NEUROLOGIC:  Patient is somnolent and arousable.  Knows name.  Knows that he is at Harborview. Follows some commands, but not others.  Pupils are equally round and reactive to light.  Extraocular movements are intact.  Patient blinks threat bilaterally.  Face is symmetric and tongue is midline. Sensory – patient awakes to painful stimuli x 4 withdrawals purposefully.  Motor is normal for bulk and tone.  Strength – The patient moves all four extremities.  Integrative: Unable to assess.  Reflexes were 2+ in the upper extremities and 2+ in the lower extremities, with downgoing toes bilaterally. BAL on admission was negative.

**HOSPITAL COURSE:**
Hospital course for this 55-year-old gentleman, well known to the Harborview Neurology Service, with a history of poorly controlled epilepsy and noncompliant with his antiepileptic medication.  He was originally admitted to ICU and was monitored overnight.  Patient was loaded on Dilantin and increased on his Keppra with the goal of eventually increasing his Topamax.  He has continued to

Interim Summary                                     DEBERNARDIS, DAVID A - H2805069

*Final Report*

have many seizures every day. At this point, he seems to have perhaps once daily. He gets Ativan for this. We have been consulting the Epilepsy Service for treatment of his refractory seizures in discussions with Dr. Miller. They had suggested that his Topamax be switched for zonisamide, as zonisamide has a longer half-life and is better in a setting of a noncompliant patient. Today, 10/31/06, we are transferring the patient to the NSU for epilepsy monitoring. He will remain on our service while we attempt to continue a titration of zonisamide eventually to 300 qhs. We will titrate the patient off his Topamax. Eventually, we hope to titrate the patient off his Keppra as well and we will continue his Dilantin but attempt to keep him with levels that are hanging around 20. There is concern of him getting higher might start causing increasing somnolence and side effects.

Edit 10/31/2006 dg

**Signature Line**
Electronically Reviewed/Signed On: 01/04/07 at 21:47

_____
Zachary Adam Miller, MD
Resident, Dept of Internal Medicine
Box 356421
Seattle, WA

Electronically Co-Signed On: 01/05/07 at 10:50

_____
Andrew Peter Rose-Innes, MB, ChB
Attending, Dept of Neurology
Box 356465
Seattle, WA

```
 BRM441R3        Larkin Community Hospital MPI Demographic/Visit Inquiry
 Med Rec #       222700
 Series Person ID 061228124796
 Patient Name  DEBERNARDES, DAVID

 Sel  Acct #   Admit Dt   Disch Dt  DC  PTP  MSV  AC  RT  Cl  Location  Comment  SM  AB
  .   522070   12/28/06   1/08/07   6   I    INP  03                                   C




 Select record(s) and press ENTER.

 PgUp/PgDn       F1=Help         F2=Restart      F3=Exit
 F10=Alerts      F11=View 2      F15=Mnemonic    F20=Def Inq      F24=More Keys
```

Larkin Community Hospital                                   Page 1
7031 SW 62nd Avenue                                         1/08
South Miami, Florida 33143


**DEBERNARDES, DAVID**                    TERESA ALFONSO, M.D.
**MR#:** 222700


## DISCHARGE SUMMARY

**DATE OF ADMISSION:** 12/28/2006

**DATE OF DISCHARGE:** 01/08/2007

ADMITTING DIAGNOSES:
1. Parkinson's disease.
2. Seizure disorder.
3. Lung carcinoma.
4. History of brain damage.

HISTORY OF PRESENT ILLNESS: This is a 55-year-old male, who presents to the hospital with history of brain damage, Parkinson's disease, and possible seizure.

CONSULTATIONS: Consultation with Dr. Kalme for onychomycosis. Consultation with Dr. Nogues for Parkinson's disease and seizure. Consultation with Dr. Manuel Suarez, pulmonology.

DATABASE: White blood cells 4.8, H&H 13.7 and 37.?, and platelet count 159,000. Troponin is negative.

HOSPITAL COURSE: The patient was admitted. Medication management was ongoing. The patient was followed closely by neurologist. Neuro checks were ongoing. Aspiration precaution has continued throughout the hospitalization as well as nutritional support. The patient underwent EEG. Discussed with neurologist. The patient was eating better.

On 12/30/06, MRI of the brain was ordered and reviewed. Medication management was ongoing. Seizure precautions were undertaken. TFT 1.62, B12 545, TSH 0.6, and CK-MB 1.3. CAP 1.9. The patient was continued on bronchodilator therapy and aspiration precaution as well. Chest x-ray shows opacification of the right upper lung region. CT scan was negative for mass. He has continued to show some clinical improvement. Physical therapy has been initiated. On 01/08/07, the patient was discharged back to the correction system.


Discharge Summary

Larkin Community Hospital                                              Page 2
7031 SW 62nd Avenue
South Miami, Florida 33143

**DEBERNARDES, DAVID**                           TERESA ALFONSO, M.D.
**MR#: 222700**

### DISCHARGE SUMMARY

CONDITION ON DISCHARGE: The patient was discharged in stable condition.

DISCHARGE MEDICATIONS: Per prescription.

DISCHARGE DIET: Increase slowly as tolerated.

DISCHARGE FOLLOWUP: Followup with primary care physician.

DISCHARGE DIAGNOSES:
1. Convulsion.
2. Dehydration.
3. Malignant neoplasm of the bronchus.
4. Chronic airway obstruction.
5. Unspecified psychosis.
6. Paralysis agitans.
7. Cervical spondylosis.
8. Dermatosis of the nails.
9. Dysuria.
10. Condition of the brain.
11. Legal circumstances.

Angel Giraldez
Dictating for:

TA:emt6722 05348222
D:01/15/2007 13:11                    TERESA ALFONSO, M.D.
T:01/16/2007 01:36