UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6242-CR-MARRA

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

DAVID DEBERNARDIS,

   Defendant.
_____/

## ADDITIONAL NOTICE OF FILING

     The defendant, DAVID DEBERNARDIS, through counsel, gives notice of the filing of an additional medical record from Harborview Medical Center showing that after the defendant was discharged on November 6, 2006, he was re-admitted through the emergency room. While counsel does not have records from Swedish Hospital in Seattle, on at least one other occasion - November 7 or 8, 2006, the defendant was admitted to their emergency room after another seizure, resulting in stitches to his head.

                                   KATHLEEN M. WILLIAMS
                                   FEDERAL PUBLIC DEFENDER

                                   */s Lori Barrist*
                                   Lori Barrist
                                   Assistant Federal Public Defender
                                   Attorney for Defendant
                                   Florida Bar No. 374504
                                   450 Australian Ave. N., Ste 500
                                   West Palm Beach, Florida 33401
                                   Telephone: (561) 833-6288\Fax: (561) 833-0368
                                   *E-mail:  Lori_Barrist@fd.org*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2007, undersigned electronically filed the foregoing document using CM/ECF and has served the same by mail upon Assistant United States Attorney Robin Rosenbaum, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and United States Probation Officer Lisa Acosta, 10300 Sunset Dr., Suite 351, Miami, Florida 33173.

                                                */s Lori Barrist*
                                                Lori Barrist