11/06/2006 22:14

| TIME IN | DATE | ROOM NO. | R.N. INITIALS | TRANSPORTED & ACCOMPANIED BY: AMR 926 |
|---|---|---|---|---|
| 0600 | 11/6/06 | Bed 3 | | TRAUMA RESPONSE: ☐ RED / Attending ☐ YELLOW / R3 or R5 ☐ GREEN / R2 |

| TIME OUT | Pulse: 116 | Resp: 12 | BP: 124/81 | CURRENT MEDS | ALLERGIES |
|---|---|---|---|---|---|
| | SPO2%: | Temp: 36.4 | Pain (Scale): 6/10 | Dilantin Zonisamide Vits Levetiracetam | NKDA |

PRESENT COMPLAINT: 55 yo w ♂ STHH 2 ans, T PTA, c̄ seen by AMR c̄ crew. States been taking meds, discharged last from HMC Neurology. Now abd, c/o HA, hx [unk] Ca.

SIGNATURE RN: R Spargo

| ☐ URGENT CARE SERVICE | PERSONAL PHYSICIAN | REVIEW OF SYSTEMS |
|---|---|---|
| ☐ MD Critical Care Time ☐ 30-74 MINS ☐ 75-104 MINS | NONE | Const ☐ neg ☑ see H&P |

Eyes ☑ neg ☐ see H&P
ENMT ☑ neg ☐ see H&P
CV ☑ neg ☐ see H&P
Resp ☑ neg ☐ see H&P
GI ☑ neg ☐ see H&P
GU ☑ neg ☐ see H&P
MS ☐ neg ☑ see H&P
Skin ☑ neg ☐ see H&P
Neuro ☐ neg ☑ see H&P
Psych ☑ neg ☐ see H&P
Endo ☑ neg ☐ see H&P
Lymph ☑ neg ☐ see H&P
Allergy ☑ neg ☐ see H&P
☐ ROS unobtainable due to patient condition.

HISTORY & PHYSICAL FINDINGS:

55yo ♂ BIB AMR STHB having a seizure. Pt is only oriented to self, misplaced ⊖ date, ⊖ memory of events. Recently discharged from Neuro service c̄ for evaluation of seizure disorder. Feels generally weak + slightly confused, ↑ weakness ® side

PE: General: slightly disheveled, mildly irritated, talkative. HEENT: PERRLA, EOMI (pt says "painful"), MMM, neck supple. Lungs: CTAB  Heart: RRR, ⊖ m/r/g
Abd: soft, NT/ND  Ext: ⊖ edema, periph pulses palpable/symm
Neuro: Alert, oriented to person, place, time (except for month).
CN II-XII intact. Motor: 4+ on RUE muscle groups, ® hip flexors, 5/5 Tibialis anterior + posterior. 5/5 all ℗ muscle groups.
Subjectively decreased sensation to light touch ® side.
Biceps/brachioradialis - 2, Patellar - 3
Cerebellar function - FNF - mild dysmetria (endpoint)

A/P: 55 y/o ♂ w/ epileptic seizures as well as non-epileptic seizures. Monitoring by neuro last admission. Deemed stable for discharge with follow-up at HMC Neuro or in Miami if pt returns home. Pt encouraged to continue medications as prescribed.

Past Medical History: epilepsy, No status, lung CA, s/p resxn '04, c̄ chemo/rad tremor, scabies, h/o

Social History: From Miami - planning to return

Family History:
☐ History unobtainable due to patient condition.

| DIAGNOSIS | DISCHARGE INSTRUCTIONS | ADMISSION STATUS: |
|---|---|---|
| 1. Seizure Disorder  3. | ☐ Computerized Instructions ☑ Personalized Instructions ☐ Follow-Up Clinic Neuro  When: | IN-PATIENT/SERVICE___ OBSERVATION/SERVICE___ ED OBSERVATION___ |
| 2.  4. | | |

| ☐ DISCHARGE MEDICATIONS | CONDITION OF DISCH/TRANS. | ☑ SATISFACTORY ☐ SERIOUS ☐ CRITICAL |
|---|---|---|
| None | I hereby acknowledge I have received instructions for follow-up care concerning this visit. | |

PATIENT (OR LEGAL) SIGNATURE: [signature]  DATE: 11/06/06
PHYSICIAN SIGNATURE: S Powell, MS4 / [signature]  UPIN#: 306008  DATE: 11/06/06  TIME: 0915

margin note: Rose. Lungs / Neuro.

110606

PT.NO
NAME: H 2 90 50 69
DEBERNARDIS, DAVID A
DOB: 15FEB1951  55 YRS  M
PHONE
AGE

UW Medicine
Harborview Medical Center – Emergency – (206) 731-3074
UW Medical Center – Emergency – (206) 598-4000
Seattle, Washington
**EMERGENCY NOTES – PAGE 1 OF 2**

*U0076*
UH0076 REV DEC 05

RECEIVED NOV 06 2006 PATIENT DATA SERVICES SCANNING

WHITE – MEDICAL RECORD
CANARY – EMER. DEPT. FILE
PINK – EMER. DEPT. M.D.

PROGRESS – BLUE

| ED Course: | Vital Signs: | Lab 138/102/19 | Time: |
|---|---|---|---|
| 0750 Pt seen by MSY. | | 44/26/0.8 90 | Dilantin = 123 |
| 0830 seen by Neuro | | 8.7/42/350 | BAL @ ve. |
| 0920 Discharge instructions provided | | ☐ EKG    ☐ Radiology | Time: |

| Medications | Consult/Admit Service | | |
|---|---|---|---|
| | Service | Time Called | Time in ED |
| | Neuro | 0758 | 0830 |

**PROCEDURES** (When appropriate indicate on graphic)

- ☐ Apply Splint (Where:_____)
- ☐ Twist Drill / Ventriculostomy
- ☐ CPR
- ☐ Catheter, urinary (Type:_____)
- ☐ Central Line
- ☐ Explore Penetrat. Wound (Where:____)
- Gastric Lavage: ☐ EWald ☐ NG
- ☐ I&D Abscess (Where:_____)
- ☐ Incise/Remove FB (Where:_____)
- Intubation, ET ☐ HMC ☐ Field
- ☐ Lumbar Puncture
- ☐ Paracentesis/Perilavage
- Suture/Lac ☐ Simple ☐ Layered Closure ☐ Complex
- (Where:_____ Size cm:___)
- (Document Additional Sutures in Notes Section to Right)
- ☐ Steinmann Pin ☐ L ☐ R
- ☐ Thoracentesis
- Tracheostomy: ☐ Cricoid ☐ Transtrach
- ☐ Thoracostomy Tube ☐ L ☐ R
- ☐ Other:_____
- ☐ Other:_____

**Procedure Notes**

Anterior / Posterior (R L L R)
Dorsal / Palmar  ☐ R ☐ L   ☐ R ☐ L

PHYSICIAN SIGNATURE: SPowell, MS4
UPIN#: 
DATE: 11/06/06
TIME: 0930

**UW Medicine**
Harborview Medical Center – Emergency – (206) 731-3074
UW Medical Center – Emergency – (206) 598-4000
Seattle, Washington
**EMERGENCY NOTES – PAGE 2 OF 2**

*U0076*
UH0076 REV DEC 05

WHITE – MEDICAL RECORD
CANARY – EMER. DEPT. FILE
PINK – EMER. DEPT. M.D.

RECEIVED NOV 06 2006 PATIENT DATA SERVICES SCANNING

PROGRESS – BLUE

③

| DATE 11/6/06 | TIME SEEN | ATTENDING Delury | PIN # 306100 | ☐ ED/UC PATIENT<br>☐ ED/OBSERVATION PATIENT |

☐ I supervised the history and physical done by Dr. _____, a resident physician.
☑ I took the history and examined the patient with a medical student. Grant

**HISTORIAN:** ☑ patient ☐ relative ☐ paramedics ☐ other
☐ HX/ ☐ EXAM LIMITED BY: _____
**Chief Complaint:** Seizure x 2

**HPI (history of present illness):** 55 ♂ c̄ epilepsy, d/c'd from HMC's epilepsy service yesterday, c̄ tonic-clonic seizures x2 since discharge. Now feels "weak all over."

**ROS** ☑ reviewed; see face sheet  ☐ unable for reason given above
☐ negative except as noted in HPI above

| CONST | no | yes | GI | no | yes |
|---|---|---|---|---|---|
| fever | ☑ | ☐ | nausea | ☑ | ☐ |
| chills | ☑ | ☐ | vomiting | ☑ | ☐ |
| **ENT** | | | abd. pain | ☑ | ☐ |
| Sinus complaint | ☑ | ☐ | melena | ☐ | ☐ |
| Sore throat | ☑ | ☐ | diarrhea | ☐ | ☐ |
| **CV** | | | constipation | ☐ | ☐ |
| Chest pain | ☑ | ☐ | **GU** | | |
| Dyspnea | ☑ | ☐ | dysuria | ☑ | ☐ |
| Palpitations | ☑ | ☐ | **MUSCULOSKELETAL/SKIN** | | |
| Orthopnea | ☐ | ☐ | edema | ☑ | ☐ |
| **RESP** | | | back pain | ☐ | ☑ |
| Cough | ☑ | ☐ | infection | ☑ | ☐ |
| Sputum | ☑ | ☐ | **NEURO** | | |
| **HEME** | | | headache | ☐ | ☑ |
| bruising/bleeding ☑ | | ☐ | syncope | ☑ | ☐ |

**Past Hx** ☑ reviewed; see face sheet  lung CA s/p resxn c̄ chemorad '04, seizure d/o, scabies

**Medicines** ☑ reviewed; see face sheet  dilantin, zonisamide, keppra

**SOC** ☑ reviewed; see face sheet  ☑ tob ☐ ETOH ☐ other
Union Gospel  1 ppw  ⊖  ⊖

**PHYSICAL EXAM:** ☑ BP, HR, RR, temp reviewed
☑ Alert ☐ Anxious ☐ Agitated ☐ Lethargic ☐ Comatose
*General Appearance*—Distress ☑ no acute ☐ moderate ☐ severe
**HEENT**
☑ ENT inspection normal
☑ head atraumatic        378
☑ Neck supple/ non-tender

110606     EM DEPT

PROVIDER SIGNATURE

**RESPIRATORY**
☑ no resp. distress
☑ breath sounds nml
☐ chest non-tender
**CVS**
☑ regular rate, rhythm
☑ no murmur
**ABDOMEN**
☑ non-tender
☑ no organomegaly
☐ nml bowel sounds
☐ non-distended
**RECTAL**
☐ non-tender
☐ guaiac neg/pos
**SKIN**
☑ color nml, no infection
☑ warm, dry
**EXTREMITIES**
☑ normal pulses
☑ no pedal edema
**NEURO**
☑ oriented x3
☑ CN's nml (2-12)
☐ no motor/sensory deficit    4/5 strength (R) U/LE
☑ reflexes symmetric           @ dorsiflexion
**EKG** ☐ reviewed
☐ normal  ☐ abnormal _____
**CXR** ☐ reviewed
☐ normal  ☐ abnormal _____
**OTHER STUDIES**
**LABS** ☑ reviewed; see face sheet  BA⊖  HFX̄
                                        dilantin - 12.3

**ASSESSMENT/PLAN/DIAGNOSIS**

① Epilepsy
② Non-epileptiform seizures

Neuro consult → no changes to meds, no lab changes to suggest active seizure. Outpt f/u c̄ neuro Dr. Rosenow. Medical

☐ problems improving/resolved  ☑ consulted with neurology
☐ outside records reviewed    ☐ procedure performed
crit care: ☐ 30-74 min. ☐ 75-104 min ☐ ___ min
**DISPOSITION**
discharge to Self-care, Union Gospel
admit to _____

see face sheet for follow-up, discharge meds, & instructions.

PT NO  H 2 80 50 69
DEBERNARDIS, DAVID A
15FEB1951    55 YRS    M

NAME  Place EPIC Label Within Box
DOB

**UW Medicine**
Harborview Medical Center – UW
University of Washington Physic
Seattle, Washington
**EMERGENCY ATTENDI**

*H1543*
HMC1543 REV DEC 05

H 2 80 50 69
DEBERNARDIS, DAVID A
15FEB1951  55 YRS  M


RECEIVED NOV 06 2006 PATIENT DATA SERVICES SCANNING

PROGRESS — BLUE

## INTERMEDIATE CARE FLOWSHEET
### EMERGENCY DEPARTMENT

| Date 11-6-06 | RN | Chief Complaint |
| --- | --- | --- |
| Time 0600 | MD | |
| Room 3 | Meds Dilantin, Zonisamide | Sz |
| Weight | Vits Levetiracetam | |
| | Allergies | |

| Time | BP | P | RR | T | P.S. | O2/sat | IV ☒prep ☐discharged intact ☒size ☒site ☒NS lock |
|---|---|---|---|---|---|---|---|
| | 124/81 | 110 | 12 | 36.4 | 6/10 | 97 RA | Time / Vol / Type / Vol Infused |
| 0120 | 106/69 | 114 | 12 | | 6/10 | 97 RA | |
| 0630 | 119/81 | 105 | 14 | 36 | 6/10 | 95% | |

Labs: (M) CBC Dilantin, PT/PTT, ETOH
☐EKG ☐Xray ☐POC Utox ☐Udip  Hct #1  Hct #2  Hct #3

**TEACHING**
☐ Pain management, choices and goals

| Time | Medication | Dose | Route | Site | RN | MD | Response |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Observations: 06W to R4 B3 c̄ % Sz x 2 PTA 1x @ home 1x in AMR Ambulance et 1x @ R4 in HMC. Pt was just DC'd from HMC yesterday for same. Pt now A&O x3. States he has been compliant c̄ meds. Now c/o HA 4/10 et says he's supposed to fly to Miami today. No pt cmpl for Bn inj 2° to Sz. PIV D/C'd legs @ bails reddent as needed c̄ —

☐ Property Tracking Form          ☐ Received written Discharge Instructions ☒ Verbalized understanding
Dispo: ☒Home ☐Detox ☐Other   ☐ ☐ ☒Admit floor    Service

PT.NO H20650669
DEBERNARDIS, DAVID A
15FEB1951  55 YRS  M
NAME Debernardis David
DOB 15 Feb 1951  55 ♂

UW Medicine
Harborview Medical Center – UW Medical Center
University of Washington Physicians
Seattle, Washington
INTERMEDIATE CARE FLOWSHEET - ED

*H0276*
HMC0276 REV DEC 05

RECEIVED NOV 06 2006 PATIENT DATA SERVICES SCANNING

WHITE – MEDICAL RECORD
CANARY – ED MED DIRECTOR
PINK – ED BILLING

**NEUROLOGY** Inpatient Consult or Admit Note                Time/Date: 11/6/06  8:30

CC  SZ                                                                          R or L Handed

HPI  55 yo M c epilepsy + non-epileptic sz's, was D/C'd yest from neurology service. Witnessed SZ. BIB AMR — can't find those records. Pt does not remember any detail. Ø recent fever, s/d wfx or other illness. Slept adequately. Reports full med compliance but doesn't remember what meds he is on.

11/3 EEG monitoring: mild-mod gen slow. occ. epileptiform fast discharge R central. NES. ⊕ intermittent focal Δ.
→ multiple documented

---

**PMH**
Epilepsy
Non epileptic SZ
↑ ammonia on Depakote
hx lung CA s/p resection, chemo, radiation

**ALLERGIES**  NKDA

**MEDS**
{ Dilantin 350 QHS
{ Keppra 1500²
{ Zonegran 200 QHS
→ has bottles with him

MVI

**LABS**  UA ⊖

138 | 102 | K  96
4.4 | 26 | 08

8.7 ✕ 350
/42

Dilantin 12.3 ←
                15.6

**STUDIES**
MRI ⊖ on recent hosp.

---

** Pt unable to provide due to abn MS ___
ROS (circle if present, cross out if absent):
GEN: fever chills wt loss/gain fatigue night sweats  HEENT: HA stiff neck visual loss photo/phono-phobia hearing loss tinnitus rhinitis pharyngitis  CV: CP palp orthop PND  Pul: SOB wheeze cough  GI: N/V abd pain const. diarrhea melena anorexia  GU: urinary freq/hesitancy hematuria dysuria ED  Heme: bruising bleeding DVT  Endo: hot/cold intol  MuscSkel: arthralgias myalgias edema  Skin: rash  NEURO: confusion weakness paresthesias sens loss ataxia dizziness vertigo diplopia amaurosis dysphagia aphasia dysarthria syncope seizure bowel/bladder incontin.

**SOCIAL**
Alcohol ⊖
Tobacco ⊕
IVDU/other ⊖
Lives @ / with  Shelter in Seattle
Occupation

PCP:

FMH: Ø SZ

---

PT.NO  ZZ

H2805069  BD: 2/15/1951  M
**DEBERNARDIS, DAVID A**
HMC EMERGENCY DEPT
DOS: 11/06/06   H378 ED/UCC
Enc: 1713087224   RES: 8476646

UW Medicine
Harborview Medical Center – UW Medical Center
University of Washington Physicians
Seattle, Washington
**NEUROLOGY**
**INPATIENT CONSULT OR ADMIT NOTE**
*H1761*
HMC1761 REV OCT 03

RECEIVED
NOV 06 2006
Patient Data Services
Scanning

**NEUROLOGY** Inpatient Consult or Admit Note                                   Page 2 of 2

| | |
|---|---|
| Temp | GEN  distended, NAD |
| HR | HEENT |
| BP | CVS |
| RR | LUNGS |
| O2 sat | ABD |
| Vent | EXT |
| | SKIN |

| COGNITION | Nl | Abn | Details | CRANIAL NERVES | Nl | Abn | Details |
|---|---|---|---|---|---|---|---|
| Alertness | ✓ | — | | Fundus (disc, vessels, hemorrhage) | — | — | |
| Orientation | — | — | | II (fields, acuity, afferent defect) | ✓ | — | ⊕ Saccadic intrusions |
| Memory | — | — | | III, IV, VI (PERRLA, EOMI) | ✓ | — | |
| Conc/Attention | — | — | | V (sensory, mastication, corneal) | ✓ | — | |
| Language | — | — | | VII (face motor, taste) | ✓ | — | |
| Fund of Knowledge | — | — | | VIII (finger rub, Weber, Rinne) | ✓ | — | |
| MMSE ___ | | | | IX (palate movement, gag) | ✓ | — | |
| If comatose, ignore above and check here __ | | | | X (palate movement, gag) | | | |
| | | | | XI (SCM, trapezius) | ✓ | — | |
| MOTOR | | | ∅ PD | XII (tongue strength, bulk) | ✓ | — | |
| Bulk | ✓ | — | ∅ orbiting | COORDINATION | — | — | H to shin c v. good coordination |
| Tone | ✓ | — | Some give-way weakness RUE | GAIT/STATION | — | — | |
| Strength | — | — | o/w 5/5 throughout | SENSORY | — | — | |
| REFLEXES | | | | MOVEMENTS | — | — | past-pointing Λ BUE on FTN but smooth action in movement |

Reflexes diagram: 2/2, 2/2, 2/2, 2/2, plantars ↓ ↓

**ASSESSMENT/PLAN**

55 yo M discharged yest p̄ prolonged hospitalization for what turned out to be frequent non-epileptic sz, although does also have epilepsy. Had sz in field today - not sure if non-epileptic or real. ∅ lab d/s to correlate c̄ real sz.

- Discharge from ER
- ∅ Δ to meds
- please provide medlist if possible.
- already has neuro clinic f/u
- case discussed c̄ Dr. Ros-Dines

PT.NO  Z805069

NAME  Debarnardis

DOB

University of Washington Academic Medical Center
Harborview Medical Center – UW Medical Center
University of Washington Physicians
Seattle, Washington
**NEUROLOGY**
**INPATIENT CONSULT OR ADMIT NOTE**

*H1761*
HMC1761 REV OCT 03