UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6242-CR-Marra

UNITED STATES OF AMERICA,

v.

DAVID DEBERNARDIS,

66 330 004

Defendant.

_____/

## ORDER REQUIRING THE UNITED STATES MARSHAL TO FURNISH DEFENDANT WITH TRANSPORTATION AND SUBSISTENCE

This matter came before the Court for a final hearing on allegations that Defendant,

David Debernardis, violated the conditions of his supervised release. Defendant was arrested on

a federal warrant relative to this matter on December 13, 2006 in Seattle, Washington in the

Western District of Washington. Defendant was then transported from the Western District of

Washington to the Southern District of Florida to answer to the allegations relative to violating

his supervised release. Defendant appeared at a hearing on the alleged violations on this date. At

the hearing, it was represented to the Court by both the United States and Defendant that the

allegations were incorrect and that the alleged violations occurred due to errors in

communications and through no fault of Defendant. As a result, the Petition initiating these

proceedings against Defendant would be withdrawn and the charges alleging violations of the

conditions of his supervised release dismissed.

Because Defendant was taken into custody and transported from the Western District of

Washington for charges which have been dismissed, the United States should have to bear the

cost of transporting Defendant back to Seattle, Washington. Section 4282 of Title 18 of the

United States Code provides that:

> On release from custody of a person arrested on a charge
> of violating any law of the United States, but not ....
> convicted ...the court in its discretion may direct the United
> States marshal for the district wherein he is released ... to
> furnish the person so released with transportation and sub-
> sistence to the place of his arrest.

The Court finds that implementation of this statute is warranted in this case. Therefore,

this Court hereby directs that the United States marshal for the Southern District of Florida

furnish transportation and subsistence to Defendant, David Debernardis, to Seattle, Washington.

The United States marshal shall provide such transportation and subsistence within 10 days from

the date of this order. To the extent possible within the workings of the United States marshal,

the Court requests that Defendant be provided with transportation to a local airport with

appropriate ticketing and subsistence to be able to take a commercial flight from the Southern

District of Florida to Seattle, Washington. If this alternative is used, it is ordered that Defendant

shall remain in the custody of the United States marshal until he is transported to the local

airport. If this alternative is not feasible and Defendant must be transported by the United States

marshal or her designee, then Defendant shall remain in the custody of the United States marshal

until the transportation to the Western District of Washington has been accomplished.

Done and Ordered in Chambers in West Palm Beach, Palm Beach County, Florida, this

9th day of March, 2007.

KENNETH A, MARRA
UNITED STATES DISTRICT JUDGE

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida

By _____
Deputy Clerk

Date  3-9-07