UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6242-Cr-Marra

Plaintiff,

vs.

DAVID DEBERNARDIS,

Defendant.

_____/

**ORDER DISMISSING PETITION**

THIS CAUSE is before the Court upon supervised release revocation hearing. After due

consideration of the record  U.S. Probation's petition, and the evidence submitted by the

defendant,   it is hereby

ORDERED and ADJUDGED that the Defendant has not violated his supervised release

therefore the petition is DISMISSED.

DONE and ORDERED at West Palm Beach, in chambers this 28th day of March 2007.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

Robin Rosenbaum, AUSA
Lori Barrist, AFPD
Lisa J. Acosta, U.S. Probation