PROB 19a                                                                          SD/FL PACTS No. 65430

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 006242-CR-MARRA

U.S.A. vs DAVID DEBERNARDIS A/K/A BRYANT A. BUIE

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| DAVID DEBERNARDIS A/K/A BRYANT A. BUIE | M | W | 55 |

ADDRESS (STREET,CITY,STATE)
318 2ND AVENUE, EXT 5, SEATTLE, WASHINGTON, 98134

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FL | March 23, 2001 |

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
U.S. DISTRICT COURT, FORT LAUDERDALE, FL

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | [signature] | 11-6-2006 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 11/6/06 | DATE EXECUTED 12/26/06 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
USMS West Palm Beach

| NAME Christina Pharo, US Marshal S/D FL | (BY) Mark O'Loughlin, SDUSM | DATE 12/26/06 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."