UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6242-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID DEBERNARDIS,

    Defendant.
    _____/

## NOTICE OF ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

    Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    /s Lori Barrist
    Lori Barrist
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 374504
    450 Australian Ave. N., Ste 500
    West Palm Beach, Florida 33401
    Telephone: (561) 833-6288\Fax: (561) 833-0368
    *E-mail: Lori_Barrist@fd.org*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, undersigned electronically filed the foregoing document using CM/ECF and has served the same by mail upon the United States Attorney's Office, 500 East Broward Blvd, 7th Floor, Fort Lauderdale, FL 33301 and 500 Australian Ave., Suite 400, West Palm Beach, FL 33401.

/s Lori Barrist
Lori Barrist