**United States Government**
**MEMORANDUM**

DATE: October 1, 2007

FROM: Lisa J. Acosta, U.S. Probation Officer
Miami, Florida- Snapper Creek Office
(305) 412-2302

**CONFIDENTIAL**
**DO NOT FILE   DO NOT SCAN**
**RETURN TO PROBATION**

SUBJECT: DEBERNARDIS, David
Docket No. 00CR06242-001-MARRA
SD/FL PACTS No. 65430

TO: The Honorable Kenneth A. Marra, U.S. District Judge
West Palm Beach, Florida

## VIOLATION OF SUPERVISED RELEASE AND REQUEST FOR WARRANT

### I. COMPLIANCE WITH SUPERVISION CONDITIONS

Mr. Debernardis was convicted in the Southern District of Florida on March 23, 2001, and sentenced to 60 months custody, followed by three (3) years supervised release for the offense of Making a False Statement to a Firearms Dealer in Connection with the Acquisition of a Rifle, 18 U.S.C. §§ 922(a)(b) and 924(a)(2). In addition to the standard conditions of supervised release, he was also ordered to participate in drug and mental health treatment and submit to a search of his person or property.

In addition to federal supervision, Mr. Debernardis is currently under supervision by the Washington State Department of Corrections (DOC) for the crime of failing to register as a sex offender. On November 13, 2006, Mr. Debernardis was arrested by officers of the DOC for failing to report as directed. He was sentenced to 45 days custody and one year community supervision. On completion of his period of confinement, he was returned to the Southern District of Florida to face violation proceedings related to the DOC violations. On March 9, 2007, our office withdrew the violation petition and Your Honor ordered that Mr. Debernardis be returned to the Western District of Washington by the U.S. Marshals. This was due to Mr. Debernardis' claims that he had housing and medical care in Seattle, Washington.

On April 17, 2007, the U.S. Probation Office in the Western District of Washington denied the request for transfer of supervision and accepted courtesy supervision of Mr. Debernardis for a 90 day period. The 90-day period was set to allow Mr. Debernardis time to apply for Social Security Disability compensation and to save enough money to return to the Southern District of Florida.

Mr. Debernardis is classified, in the State of Washington, as a level III sex offender (the highest risk category). In addition to being a level III sex offender, Mr. Debernardis also has a prior

Exhibit 3

The Honorable Kenneth A. Marra, Judge
October 1, 2007
Page 2

          RE:   DEBERNARDIS, David
                 Docket No. 00CR06242-001-MARRA
                 SD/FL PACTS No. 65430

conviction for an arson that resulted in the deaths of ten people. Given these two factors, the U.S. Probation Office in the Western District of Washington has found it difficult to assist Mr. Debernardis in securing suitable housing.

Since being returned to the Western District of Washington, Mr. Debernardis has reported living in various homeless shelters in the Seattle, Washington area. On June 25, 2007, Mr. Debernardis was arrested by DOC for failing to live in approved housing. According to Washington State Community Corrections Officer (CCO) Gary Rink, due to Mr. Debernardis being homeless, he is required to report to the DCC where he stays each night. The DOC alleged that Mr. Debernardis was lying about where he was staying, indicating he was sleeping in shelters, when he was actually sleeping in a park. He was found in violation and served given 45 days custody as a sanction. He was released on June 25, 2007. On or about June 27, 2007, this officer notified Your Honor of the arrest and requested no action be taken at that time. On July 31, 2007, Your Honor concurred with this officer's request.

On August 14, 2007, Mr. Debernardis called U.S. Probation Officer Michael Larsen, WD/WA, and advised he was living at the Bread of Life Mission located at 97 South Main Street, Seattle, Washington. On August 17, 2007, Mr. Debernardis called his officer and reported that he was admitted to Swedish Medical Center due to epileptic seizures. On August 24, 2007, Mr. Debernardis again called his officer and left a telephone message indicating he was discharged from the hospital and was returning to the Bread of Life Mission.

On August 28, 2007, U.S. Probation Officer Larsen went to the Bread of Life Mission and spoke to a member of the Mission's staff. They indicated that Mr. Debernardis was "banned" from their facility. Apparently, in order to get a nightly bed at their facility, a person must put their name on the daily bed waiting list. They indicated that Mr. Debernardis would put his name on the "dinner" and "bed" lists each morning and show up for the dinner each night. However, during the dinner, Mr. Debernardis would have a Mission staff member sign his DOC lodging confirmation sheet. He would then leave the Mission and not return to claim his bed. The Mission staff stated that Mr. Debernardis had never spent the night in their facility.

On August 30, 2007, Mr. Debernardis was arrested by the Seattle Police Department, on a DOC warrant, for violating the terms of his Washington State supervision by lying to the Community Corrections Officer about where he was residing. He is currently in state custody awaiting the violation hearing.

The Honorable Kenneth A. Marra, Judge
October 1, 2007
Page 3

        RE:   DEBERNARDIS, David
               Docket No. 00CR06242-001-MARRA
               SD/FL PACTS No. 65430

II. **CHARACTERISTICS**

Since Mr. Debernardis' return to the Western District of Washington, he has been arrested twice for failure to reside in a Washington State Department of Corrections approved residence. Since his latest release to supervision, on August 14, 2007, Mr. Debernardis lied about his true residence and as of the date of this memorandum, the U.S. Probation Office is unaware of where he was residing.

In lieu of the violation outlined above, it is requested that a warrant be issued for Mr. Debernardis' arrest. If Your Honor is in agreement, please sign the attached Petition.

                        Respectfully submitted,

LJA/jej
Attachments

Reviewed and Approved by:

Bob M_____rey, Supervising
U.S. Probation Officer
(305) 412-2305

PROB 12C                                                       SD/FL PACTS No. 65430
(SD/FL 2/05)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00CR06242-001-FERGUSON

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: David Debernardis

Name of Sentencing Judicial Officer: The Late Honorable Wilkie D. Ferguson, Jr., U.S. District Judge
Ft. Lauderdale, Florida

Name of Reassigned Judicial Officer: The Honorable Kenneth A. Marra, U.S. District Judge, West Palm Beach, Florida

Date of Original Sentence: March 23, 2001

Original Offense: Making a False Statement to Firearms Dealer in Connection with the Acquisition of a Rifle, 18 U.S.C. § 922(a)6 and 924(a)(2), a Class C Felony.

Original Sentence: 60 months custody of the Bureau of Prisons followed by three (3) years supervised release with the following special conditions: the defendant shall participate in a program for Mental Health/Substance Abuse, as directed by the U.S. Probation Office and abide by all supplemental conditions of treatment. Participation may include inpatient and outpatient treatment, if deemed necessary. The defendant must submit to a search of his person or property, conducted in a reasonable manner at a reasonable time, by the U.S. Probation Officer. A $100 special assessment fee was imposed.

Type of Supervision: Supervised Release         Date Supervision Commenced: July 22, 2005

Assistant U.S. Attorney:                         Defense Attorney:
Robin S. Rosenbaum                               Lori E. Barrist, AFPD
(954) 356-7255                                   (561) 833-6288

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On or about August 30, 2007, the defendant was arrested by the State of Washington Department of Corrections (DOC) and charged with violating his conditions of supervision by failing to live in DOC approved housing on June 24, 2007. |

PROB 12C
(SD/FL 1/05)
2.

SD/FL PACTS No. 65430

**Violation of Standard Condition**, by failing to answer truthfully all inquiries by the probation officer. On or about August 14, 2007, the defendant was questioned regarding his current residence and he advised he was living at the Bread of Life Mission, in Seattle, Washington, when in fact statements made by the Mission's staff indicate he never spent the night at their facility.

U.S. Probation Officer Recommendation:

[ ] The term of supervision should be
[X] revoked.
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2007

Lisa J. Acosta
U.S. Probation Officer
Phone: (305) 412-2302

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

10/2/07
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10-2-07