UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
1717 Pacific Avenue Suite 3100
Tacoma WA 98402
(253) 882-3826

October 17, 2007

CLERK, US DISTRICT COURT
150 FEDERAL COURTHOUSE
310 NORTH MIAMI AVE
MIAMI FL 33128

Re:   David Debernardis

Your No: 00CR06242-001
Our No: MJ07-5191

Dear Clerk:

Pursuant to the order transferring the above captioned case to your district, dated 10/15/07, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/**.

The Defendant was remanded to the custody of the US Marshals Service for transport back to your district.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive
        /s/
by Traci Lee Whiteley, Deputy Clerk

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By: _____ Deputy Clerk

FILED _____ LODGED
_____ RECEIVED

OCT 15 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID DEBERNARDIS,<br><br>　　　　Defendant. | CASE NUMBER MJ07-5191<br><br>WAIVER OF RULE 5/ RULE 40 HEARING AND ORDER OF TRANSFER |

### WAIVER OF RULE 5/ RULE 40 HEARING

I, DAVID DEBERNARDIS, appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of and my right to a further hearing pursuant to Rule 5 and Rule 40 of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

　(a)　I acknowledge that I am the person named in an indictment, information or warrant pending in the U.S. District Court for the **Southern District of Florida at Miami; (00CR06242-001)**

　(b)　I waive my right to production of the warrant or any other original papers relating to these charges or certified copies thereof;

(c)  If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and

(d)  I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this  15th  day of October, 2007

_____          _____
Defense Counsel                                    Signature of Defendant

* * * * * * * * * * * * * * * * * * * * * *

### ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that further proceedings in this case shall be conducted in the U.S. District Court for the **Southern District of Florida at Miami.**

The Clerk of Court shall forthwith transmit to the Clerk of Court in said district the records of proceedings conducted in this district.

Unless defendant is released on bond, the US Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this  15th  day of October, 2007.

_____
United States Magistrate Judge Karen L. Strombom