UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.00-6242-Cr-Marra

Plaintiff,

vs.

DAVID DEBERNARDIS

Defendant,
_____/

ORDER

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Case or Terminate Supervision, DE# 67. After due consideration of the record and the motion, it is hereby

ORDERED and ADJUDGED as follows:

Defendant David Debernardis' Supervised Release shall be terminated upon the return of Defendant to the Western District of Washington. The United States Marshal's office is hereby ordered to transport Defendant back to the Western District of Washington.

DONE and ORDERED at West Palm Beach, Florida, in chambers this 26th day of October, 2007.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record
USPO
USMS