PROB 19a                                                                                      SD/FL PACTS No. 65430

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00CR06242-001-MARRA

*Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By [signature] Deputy Clerk Date 10-2-07*

U.S.A. vs David Debernardis

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE<br>David Debernardis | SEX<br>Male | RACE<br>White | AGE<br>56 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>Seattle, Washington | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Southern District of Florida - West Palm Beach | DATE IMPOSED<br>March 23, 2001 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>U.S. District Court, Southern District of Florida - Miami | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK<br>[signature] | DATE<br>10-2-07 | |

### RETURN

| Warrant received and executed. | DATE RECEIVED<br>10/2/07 | DATE EXECUTED<br>10/3/07 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, FL | | |
| NAME  Christina Pharo, US Marshal<br>S/D FL | (BY)<br>Scott Palumbo, ASDUSM | DATE<br>10/3/07 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."