UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 00-6242-CR MARRA

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

Page 1

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2

 3   UNITED STATES OF AMERICA,)    Case No.
                              )    00-6242-CR-MARRA
 4              Plaintiff,    )
                              )
 5       -v-                  )
                              )
 6   DAVID DEBERNARDIS,       )
                              )
 7              Defendant.    )    West Palm Beach, Florida
                              )    March 9, 2007
 8   _____)

 9

10                     TRANSCRIPT OF PROCEEDINGS

11            BEFORE THE HONORABLE KENNETH A. MARRA

12                       U.S. DISTRICT JUDGE

13

14   Appearances:

15   FOR THE GOVERNMENT          Robin Rosenbaum, AUSA

16
     FOR THE DEFENDANT           Lori Barrist, AFPD
17

18   Reporter                    Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768                Official Court Reporter
19                                701 Clematis Street, Suite 417
                                  West Palm Beach, Florida  33401
20

21

22

23

24

25
```

FILED by \_\_\_\_ D.C.
APPEALS
SEP 10 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

FILED by \_\_\_\_ D.C.
APPEALS
OCT 30 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI